**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MUSHTAQ MOHAMMED, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK DOUGLAS, PIERRE R. BRONDEAU, and ANDREW D. SANDIFER, <br><br> Defendants, | Case No. 2:25-cv-00771-GAW |

## ORDER

And now, this **15** day of **March** 2025, it is hereby ORDERED and DECREED

that the motion filed on behalf of FMC Corporation, Mark Douglas, Pierre R. Brondeau, and

Andrew D. Sandifer, for the *pro hac vice* admission of Brian M. Burnovski to practice in this

Court in the above-captioned action under the Local Rule of Civil Procedure 83.5.2(b) is

GRANTED.

Hon. Gail A. Weilheimer
District Court Judge