**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

MUSHTAQ MOHAMMED, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

FMC CORPORATION, MARK DOUGLAS,
PIERRE R. BRONDEAU, and ANDREW D.
SANDIFER,

        Defendants,

---

Case No. 2:25-cv-00771-GAW

## ORDER

And now, this 18th day of March, 2025, it is hereby ORDERED and DECREED

that the motion filed on behalf of FMC Corporation, Mark Douglas, Pierre R. Brondeau, and

Andrew D. Sandifer (collectively "Defendants"), for the *pro hac vice* admission of Dana M.

Seshens to practice in this Court in the above-captioned action under the Local Rule of Civil

Procedure 83.5.2(b) is GRANTED.

Hon. Gail A. Weilheimer
District Court Judge