**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MUSHTAQ MOHAMMED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK DOUGLAS, PIERRE R. BRONDEAU, and ANDREW D. SANDIFER,<br><br>Defendants. | Civ. Action No. 2:25-cv-00771-GAW |
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND MACOMB COUNTY RETIREMENT HEALTH CARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, ANDREW D. SANDIFER, AND PIERRE R. BRONDEAU,<br><br>Defendants. | Civ. Action No. 2:25-cv-00815-GAW |

**MOTION OF TEAMSTERS LOCAL 710 PENSION FUND, MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, AND MACOMB COUNTY RETIREE HEALTH CARE FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Proposed Lead Plaintiff Teamsters Local 710 Pension Fund ("Teamsters 710"), Macomb County Employees' Retirement System and Macomb County Retiree Health Care Fund (collectively, "Macomb County" and together with Teamsters 710, the "Pension Funds") respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities

Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions ("the Related Actions"); (2) appointing the Pension Funds as Lead Plaintiff in the Related Actions; (3) approving the Pension Funds' selection of Labaton Keller Sucharow LLP ("Labaton")  and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the Class; and (4) and granting such further and other relief as the Court may deem just and proper.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Christina D. Saler, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  The Pension Funds respectfully request oral argument on this motion.

DATED:  April 14, 2025

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Casey M. Preston*
Christina D. Saler
Casey M. Preston
100 N. 18th St.
Suite 1820
Philadelphia, Pennsylvania 19103
Telephone: (267) 479-5700
csaler@cohenmilstein.com
cpreston@cohenmilstein.com

Carol V. Gilden (*pro hac vice* application forthcoming)
190 S. LaSalle St.
Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Steven J. Toll (*pro hac vice* application forthcoming)
S. Douglas Bunch (*pro hac vice* application forthcoming)
Emmy Wydman (*pro hac vice* application forthcoming)
1100 New York Ave. NW
Suite 800, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
ewydman@cohenmilstein.com

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*pro hac vice* application forthcoming)
Guillaume Buell (*pro hac vice* application forthcoming)
Connor C. Boehme (*pro hac vice* application forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

3

gbuell@labaton.com
cboehme@labaton.com

*Counsel for the Pension Funds and Proposed Lead
Counsel for the Proposed Class*

**VANOVERBEKE MICHAUD & TIMMONY
P.C.**
Thomas C. Michaud
Aaron L. Castle
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
acastle@vmtlaw.com

*Additional Counsel for Macomb County Employees'
Retirement System and Macomb County Retiree
Health Care Fund*

4

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of counsel of record designated on the CM/ECF system to receive such filings.

*/s/ Casey M. Preston*
Casey M. Preston