**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MUSHTAQ MOHAMMED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK DOUGLAS, PIERRE R. BRONDEAU, and ANDREW D. SANDIFER,<br><br>Defendants. | Civ. Action No. 2:25-cv-00771-GAW |
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND MACOMB COUNTY RETIREMENT HEALTH CARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, ANDREW D. SANDIFER, AND PIERRE R. BRONDEAU,<br><br>Defendants. | Civ. Action No. 2:25-cv-00815-GAW |

**[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF TEAMSTERS LOCAL 710 PENSION FUND, MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, AND MACOMB COUNTY RETIREE HEALTH CARE FUND AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered the motion of Teamsters Local 710 Pension Fund ("Teamsters 710"),

Macomb County Employees' Retirement System and Macomb County Retiree Health Care Fund

(collectively, "Macomb County" and together with Teamsters 710, the "Pension Funds") for

consolidation, appointment as Lead Plaintiff, and approval of their selection of Lead Counsel (the

"Motion"), the memorandum of law supporting the Motion, and the Declaration of Christina D. Saler in support thereof, and good cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 42, the above-captioned related actions are hereby consolidated for all purposes into one action.

3. The Pension Funds are hereby appointed as Lead Plaintiff ("Lead Plaintiff") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15. U.S.C. § 78u-4(a)(3)(B), in the above-captioned action and all related consolidated actions in accordance with paragraph 5 of this Order.

4. The Court approves Lead Plaintiff's selection of the law firms of Labaton Keller Sucharow LLP and Cohen Milstein Sellers & Toll PLLC as Lead Counsel for the Class pursuant to 15 U.S.C. § 78u–4(a)(3)(B)(v).

5. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

6. This action shall be captioned "*In re FMC Corporation Securities Litigation*" and the file shall be maintained under Civil Action No. 2:25-cv-00771-GAW.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Gail A. Weilheimer
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of counsel of record designated on the CM/ECF system to receive such filings.

*/s/ Casey M. Preston*
Casey M. Preston