**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MUSHTAQ MOHAMMED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK DOUGLAS, PIERRE R. BRONDEAU, and ANDREW D. SANDIFER,<br><br>Defendants. | Civ. Action No. 2:25-cv-00771-GAW |
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND MACOMB COUNTY RETIREMENT HEALTH CARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, ANDREW D. SANDIFER, AND PIERRE R. BRONDEAU,<br><br>Defendants. | Civ. Action No. 2:25-cv-00815-GAW |

**DECLARATION OF CHRISTINA D. SALER IN SUPPORT OF TEAMSTERS LOCAL 710 PENSION FUND, MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, AND MACOMB COUNTY RETIREE HEALTH CARE FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, Christina D. Saler, declare as follows:

I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court.  I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Teamsters Local 710 Pension Fund ("Teamsters 710"), Macomb County Employees' Retirement System and Macomb County Retiree Health Care Fund (collectively, "Macomb County" and together with Teamsters 710, the "Pension Funds"), for the entry of an Order: (1) consolidating the above-captioned related actions ("the Related Actions"); (2) appointing the Pension Funds as Lead Plaintiff in the Related Actions; (3) approving the Pension Funds' selection of Labaton Keller Sucharow LLP ("Labaton") and Cohen Milstein as Lead Counsel for the Class; and (4) and granting such further and other relief as the Court may deem just and proper.

Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of the Pension Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying the Pension Funds' transactions and losses in FMC Corporation securities during the Class Period;

EXHIBIT C:   Notices of the Related Actions issued on February 13, 2025 and February 14, 2025;

EXHIBIT D:   Joint Declaration of the Pension Funds;

EXHIBIT E:   Firm Resume of Labaton; and

EXHIBIT F:   Firm Resume of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of April, 2025

                                        */s/ Christina D. Saler*
                                        Christina D. Saler

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of counsel of record designated on the CM/ECF system to receive such filings.

*/s/ Casey M. Preston*
Casey M. Preston