**Exhibit A**

## CERTIFICATION

I, Michael O'Malley, as Administrator of Teamsters Local 710 Pension Fund ("Teamsters 710"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Teamsters 710.  I have reviewed a complaint filed against FMC Corporation ("FMC") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Teamsters 710 did not purchase securities of FMC at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Teamsters 710 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Teamsters 710 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Teamsters 710's transactions in FMC securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Teamsters 710 sought to serve as a lead plaintiff and representative party in the following class actions under the federal securities laws filed during the last three years:

*In re Barclays PLC Securities Litigation,* No. 1:22-cv-8172 (S.D.N.Y.)
*The Buhrke Family Revocable Trust v. U.S. Bancorp*, No. 1:22-cv-9174 (S.D.N.Y.)
*Bristol County Retirement System v. QuidelOrtho Corporation*, No. 1:24-cv-2804 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-0282 (D. Idaho)
*Guzman v. Ford Motor Company*, No. 2:24-cv-12080 (E.D. Mich.)
*Saleh v. AstraZeneca PLC*, No. 2:24-cv-11021 (C.D. Cal.)

6.      Beyond its pro rata share of any recovery, Teamsters 710 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

2

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this  2025-04-11day of April, 2025.

*Michael O'Malley*

_____

*Michael O'Malley*
Administrator
Teamsters Local 710 Pension Fund

2

**EXHIBIT A**

**TRANSACTIONS IN FMC CORPORATION**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 04/18/24 | 27,550 | $56.89 | ($1,567,336) |
| Purchases | 04/19/24 | 549 | $57.44 | ($31,534) |
| Purchases | 05/02/24 | 2,450 | $59.78 | ($146,472) |
| Purchases | 05/15/24 | 3,134 | $64.90 | ($203,403) |
| Sales | 06/28/24 | (255) | $57.55 | $14,676 |
| Purchases | 07/31/24 | 2,450 | $57.94 | ($141,942) |
| Purchases | 08/02/24 | 2,079 | $61.87 | ($128,619) |
| Purchases | 01/28/25 | 263 | $55.87 | ($14,693) |
| Purchases | 01/29/25 | 1,519 | $56.39 | ($85,652) |
| Purchases | 01/30/25 | 1,958 | $56.23 | ($110,089) |
| Purchases | 02/03/25 | 3,316 | $53.76 | ($178,269) |

## CERTIFICATION

I, Mark F. Deldin, as Chairman of Macomb County Employees' Retirement System ("Macomb County ERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Macomb County ERS.  I have reviewed a complaint filed against FMC Corporation ("FMC") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Macomb County ERS did not purchase securities of FMC at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Macomb County ERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Macomb County ERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Macomb County ERS' transactions in FMC securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      In addition to the instant Action, Macomb County ERS sought to serve or currently serves as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.*, No. 1:22-cv-8171 (S.D.N.Y.)
*Schaeffer v. Signature Bank*, No. 1:23-cv-1921 (E.D.N.Y.)
*Kangas v. Illumina, Inc.*, No. 3:23-cv-2082 (S.D. Cal.)
*McAlice v. The Estee Lauder Companies Inc.*, No. 1:23-cv-10669 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-0282 (D. Idaho)
*Patel v. Lululemon Athletica Inc.*, No. 1:24-cv-6033 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, Macomb County ERS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 4/14/2025 day of April, 2025.

DocuSigned by:

*Mark Deldin*

C195BAA01B494EB...

*Mark F. Deldin*

Chairman

Macomb County Employees' Retirement System

2

**EXHIBIT A**

**TRANSACTIONS IN FMC CORPORATION**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 06/07/24 | 6,860 | $57.20 | ($392,424) |
| Sales | 08/12/24 | (1,000) | $60.53 | $60,534 |
| Purchases | 11/14/24 | 4,245 | $55.49 | ($235,536) |
| Purchases | 12/17/24 | 3,085 | $51.47 | ($158,799) |

## CERTIFICATION

I, Harold Haugh, as Chairman of Macomb County Retiree Health Care Fund ("Macomb County RHC"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Macomb County RHC.  I have reviewed a complaint filed against FMC Corporation ("FMC") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Macomb County RHC did not purchase securities of FMC at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Macomb County RHC is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Macomb County RHC fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Macomb County RHC's transactions in FMC securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      In addition to the instant Action, Macomb County RHC sought to serve or currently serves as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*Schaeffer v. Signature Bank,* No. 1:23-cv-1921 (E.D.N.Y.)
*Kangas v. Illumina, Inc.,* No. 3:23-cv-2082 (S.D. Cal.)
*McAlice v. The Estee Lauder Companies Inc.,* No. 1:23-cv-10669 (S.D.N.Y.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.,*
No. 1:24-cv-0282 (D. Idaho)
*Patel v. Lululemon Athletica Inc.,* No. 1:24-cv-6033 (S.D.N.Y.)
*Macomb County Retiree Health Care Fund v. PDD Holdings Inc.,*
No. 1:24-cv-6881 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, Macomb County RHC will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved

by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 4/11/2025 day of April, 2025.

DocuSigned by:

*Harold Haugh*

FFB48D567314437...

*Harold Haugh*

Chairman

Macomb County Retiree Health Care Fund

**EXHIBIT A**

**TRANSACTIONS IN FMC CORPORATION**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 06/07/24 | 3,215 | $57.20 | ($183,913) |
| Purchases | 11/14/24 | 2,090 | $55.49 | ($115,965) |
| Purchases | 12/17/24 | 1,405 | $51.47 | ($72,322) |