**Exhibit B**

**LOSS ANALYSIS**

**Filed Class Period:  11/16/23 - 02/04/25**

**FMC Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| FMC | 302491303 | US3024913036 | 2328603 | $38.9146 |

**Teamsters Local 710 Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 04/18/24 | 27,550 | $56.8906 | ($1,567,336.03) |
| Purchases | 04/19/24 | 549 | $57.4381 | ($31,533.52) |
| Purchases | 05/02/24 | 2,450 | $59.7844 | ($146,471.78) |
| Purchases | 05/15/24 | 3,134 | $64.9020 | ($203,402.87) |
| Purchases | 07/31/24 | 2,450 | $57.9355 | ($141,941.98) |
| Purchases | 08/02/24 | 2,079 | $61.8656 | ($128,618.58) |
| Purchases | 01/28/25 | 263 | $55.8664 | ($14,692.86) |
| Purchases | 01/29/25 | 1,519 | $56.3874 | ($85,652.46) |
| Purchases | 01/30/25 | 1,958 | $56.2251 | ($110,088.75) |
| Purchases | 02/03/25 | 3,316 | $53.7604 | ($178,269.49) |
| *Class Period Purchases:* | | *45,268* | | *($2,608,008.31)* |
| Sales | 06/28/24 | (255) | $57.5510 | $14,675.51 |
| *Class Period sales that match to Class Period purchases:* | | *-255* | | *$14,675.51* |
| Sales | 02/05/25 | (11,097) | $36.4914 | $404,945.07 [2] |
| Sales | 02/05/25 | (11,096) | $37.0360 | $410,951.46 [2] |
| Sales | 02/06/25 | (6,331) | $36.4885 | $231,008.69 [2] |
| Sales | 02/06/25 | (6,331) | $36.0065 | $227,957.15 [2] |
| Sales | 02/07/25 | (3,645) | $35.3733 | $128,935.80 [2] |
| Sales | 02/10/25 | (6,513) | $35.3050 | $229,941.47 [2] |
| *Post-Class Period sales that match to Class Period purchases:* | | *-45,013* | | *$1,633,739.63* |
| Shares Held: | | 0 | $38.9146 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($959,593.17)** |

| | |
|---|---|
| Total Shares Bought: | 45,268 |
| Total Net Shares: | 45,013 |
| Total Net Expenditures: | ($2,593,332.80) |

[1]  *Value of shares held is the mean trading price from 02/05/25 - 04/14/25.*

[2]  *Pursuant to the PSLRA, the value for sales occurring during the lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*

**LOSS ANALYSIS**

**Filed Class Period:  11/16/23 - 02/04/25**

**FMC Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|--------|-------|------|-------|----------------|
| FMC | 302491303 | US3024913036 | 2328603 | $38.9146 |

**Macomb County Employees Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|------------------|-----------|--------|-------------|---------------|
| Purchases | 06/07/24 | 6,860 | $57.2046 | **($392,423.56)** |
| Purchases | 11/14/24 | 4,245 | $55.4856 | **($235,536.37)** |
| Purchases | 12/17/24 | 3,085 | $51.4746 | **($158,799.14)** |
| *Class Period Purchases:* | | *14,190* | | *($786,759.07)* |
| | | | | |
| Sales | 08/12/24 | (1,000) | $60.5337 | $60,533.70 |
| *Class Period sales that match to Class Period purchases:* | | *-1,000* | | *$60,533.70* |
| | | | | |
| | Shares Held: | 13,190 | $38.9146 | $513,283.57 |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($212,941.80)** |

| | |
|---|---|
| Total Shares Bought: | 14,190 |
| Total Net Shares: | 13,190 |
| Total Net Expenditures: | ($726,225.37) |

[1] *Value of shares held is the mean trading price from 02/05/25 - 04/14/25.*

**LOSS ANALYSIS**

**Filed Class Period:  11/16/23 - 02/04/25**

**FMC Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| FMC | 302491303 | US3024913036 | 2328603 | $38.9146 |

**Macomb County Retiree Health Care Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 06/07/24 | 3,215 | $57.2046 | ($183,912.79) |
| Purchases | 11/14/24 | 2,090 | $55.4856 | ($115,964.90) |
| Purchases | 12/17/24 | 1,405 | $51.4746 | ($72,321.81) |
| *Class Period Purchases:* | | *6,710* | | *($372,199.51)* |
| | | | | |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| | Shares Held: | 6,710 | $38.9146 | $261,116.97 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($111,082.54)** |

| | |
|---|---|
| Total Shares Bought: | 6,710 |
| Total Net Shares: | 6,710 |
| Total Net Expenditures: | ($372,199.51) |

| | |
|---|---|
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($1,283,617.51)** |

[1]  *Value of shares held is the mean trading price from 02/05/25 - 04/14/25.*