**Exhibit C**

Feb 13, 2025 3:55 PM Eastern Standard Time

# FMC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of FMC Corporation Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Eastern District of Pennsylvania, captioned *Mohammed v. FMC Corporation, et al.,* Case No. 2:25-cv-00771, on behalf of persons and entities that purchased or otherwise acquired FMC Corporation ("FMC" or the "Company") (NYSE: FMC) securities between November 16, 2023 and February 4, 2025, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR FMC INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On February 4, 2025, after the market closed, FMC released its fourth quarter 2024 financial results, revealing that it had missed its previously announced full fiscal year revenue guidance as well as consensus estimates. FMC explained "growth was below [the Company's] expectations as [it] learned during the quarter that customers in many countries sought to hold significantly less inventory than they have historically." The Company also provided a Full Year 2025 outlook, disclosing

4/10/25, 10:28 AM
FMC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of FMC Corporation Inves…

Case 2:25-cv-00771-GAW    Document 17-3    Filed 04/14/25    Page 3 of 7

that it expects revenue to remain essentially flat due to "weaker demand in the channel as customers in many countries prioritize holding lower-than-historical levels of inventory." In an earnings call held the same day, the Company disclosed it "need[s] to significantly lower FMC inventory in the channel much beyond what we were expecting."

On this news, FMC's stock price fell $18.12, or 33.5%, to close at $35.92 per share on February 5, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company's channel management initiatives were not progressing as represented; (2) that, faced with pricing pressure, the Company had made the decision not to compete on prices and instead walk away from sales opportunities; (3) that, as a result, the Company had inflated inventory in the channels in "LATAM, including Brazil, Asia, including India, as well as Canada and Eastern Europe;" and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired FMC securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:
Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles, California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**    Class Action Lawsuit    Professional Services    Legal



**Glancy Prongay & Murray LLP**

⤴ NYSE:FMC

4/10/25, 10:28 AM
FMC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of FMC Corporation Inves…

Case 2:25-cv-00771-GAW    Document 17-3    Filed 04/14/25    Page 5 of 7

**RELEASE VERSIONS**

English

---

**CONTACTS**

Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up                →

Learn About Business Wire    →



**Company**

About Business Wire





# Labaton Keller Sucharow LLP Announces Securities Class Action Lawsuit Filed Against FMC Corporation and Certain Executives

February 14, 2025 05:42 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") announces that, on February 14, 2025, it filed a securities class action lawsuit (the "Complaint") on behalf of its clients the Macomb County Employees' Retirement System and the Macomb County Retirement Health Care Fund (the "Macomb County Funds") against FMC Corporation ("FMC" or the "Company") (NYSE: FMC) and certain FMC officers (collectively, "Defendants"). The action, which is captioned *Macomb County Employees' Retirement System v. FMC Corporation*, No. 25-cv-00815 (E.D. Pa.) asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons and entities that purchased or otherwise acquired FMC common stock between November 16, 2023 and February 4, 2025, inclusive (the "Class Period").

The Complaint is related to a previously filed action against FMC captioned *Mohammed v. FMC Corporation*, No. 25-cv-00771 (E.D. Pa.) (the "Initial Action"). The Initial Action was filed on February 13, 2025, on behalf of all persons and entities that purchased or otherwise acquired FMC securities during the Class Period.

Pursuant to the notice published on February 13, 2025, in connection with the filing of the Initial Action, as required by the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff in these related securities actions pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **April 14, 2025**.

FMC is a Philadelphia, Pennsylvania-based agricultural sciences company that sells insecticides and other crop protection products to wholesale distributors located in North America, Latin America, Europe, and Asia. The Complaint alleges that, throughout the Class Period, Defendants failed to disclose that: (1) FMC's strategic restructuring plan called Project Focus was not succeeding in its goal of significantly lowering FMC inventory in its distribution channel; (2) FMC's channel inventories were not rebalancing or normalizing, and in fact were getting worse; (3) Project Focus was lagging in its goal of accelerating manufacturing cost reductions; (4) FMC's cost-plus pricing arrangements with key distributors would significantly lower FMC's revenues and profits in the near-term; (5) FMC's risk disclosures were materially false and misleading because they characterized adverse facts that had already materialized as mere possibilities; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading or lacked a reasonable basis.

The truth about Defendants' fraud was revealed to the market on February 4, 2025, when FMC reported fourth quarter 2024 revenue which missed consensus estimates by $90 million while disclosing that "growth was below [the Company's] expectations as [it] learned during the quarter that customers in many countries sought to hold significantly less inventory

than they have historically." The Company also issued a disappointing 2025 financial outlook due to weaker demand in the channel as customers in many countries prioritize holding lower-than-historical levels of inventory." On this news, FMC's stock price dropped *$18.12 per share, or 33.5 percent*, to close at $35.92 per share on February 5, 2025.

If you purchased or acquired FMC common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **April 14, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact William Schervish, Esq. of Labaton at (212) 907-0886, or via email at wschervish@labaton.com. You can view a copy of the Complaint online here.

The Macomb County Funds are represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts
William Schervish, Esq.
Labaton Keller Sucharow LLP
(212) 907-0886
wschervish@labaton.com