IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUSHTAQ MOHAMMED, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>FMC CORPORATION, MARK DOUGLAS, PIERRE R. BRONDEAU, and ANDREW D. SANDIFER,<br>　　　　　　　Defendants. | Case Number: 2:25-cv-00771-GAW |

ORDER

AND NOW, this ___5th___ day of ___May___ 20_25_ it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☒ GRANTED.  The Clerk is DIRECTED to add _S. Douglas Bunch_ , Esquire as counsel for

Teamsters 710 and Macomb County . _____ is DIRECTED to request ECF filing access

using their PACER Account[1]

☐ DENIED.

_____ , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).