IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MUSHTAQ MOHAMMED, Individually
and on Behalf of All Others Similarly
Situated,

                    Plaintiff,

      v.

FMC CORPORATION, MARK DOUGLAS,
PIERRE R. BRONDEAU, and ANDREW D.
SANDIFER,

               Defendants.

:
:
:
:
:
:
:
:

Case Number: 2:25-cv-00771-GAW

## ORDER

AND NOW, this 5th day of May 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.  The Clerk is DIRECTED to add _Margaret (Emmy) Wydman_, Esquire as counsel for _Teamsters 710 and Macomb County_.  _____ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____ , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).