IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MUSHTAQ MOHAMMED, Individually
and on Behalf of All Others Similarly          :          Case Number: 2:25-cv-00771-GAW
Situated,                                      :
                        Plaintiff,             :
            v.                                 :
FMC CORPORATION, MARK DOUGLAS,                 :
PIERRE R. BRONDEAU, and ANDREW D.              :
SANDIFER,                                      :
                        Defendants.

## ORDER

AND NOW, this 5ᵗʰ day of May 2025 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☒ GRANTED.  The Clerk is DIRECTED to add Francis P. McConville, Esquire as counsel for

Teamsters Local 710 Pension Fund, Macomb County Employees' Retirement System, Macomb County Retiree

Health Care Fund. _____ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
                                                                                , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).