IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MACOMB COUNTY EMPLOYEES'
RETIREMENT SYSTEM AND MACOMB
COUNTY RETIREMENT HEALTH CARE
FUND, Individually and on Behalf of All Others
Similarly Situated,

      v.

FMC CORPORATION, MARK A. DOUGLAS,
ANDREW D. SANDIFER, AND PIERRE R.
BRONDEAU

:
:
:
:
:
:
:
:
:

Case Number: 2:25-cv-00815-GAW

25-771

## ORDER

AND NOW, this 19ᵗʰ day of May 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Lisa Strejlau , Esquire as counsel for

Teamsters Local 710 Pension Fund, Macomb County Employees' Retirement System, and Macomb County Retiree Health Care Fund.

_____ is DIRECTED to request ECF filing access using their PACER Account[1]

[ ] DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).