IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>ALL ACTIONS | CIVIL ACTION<br><br>No. 2:25-cv-00771 |

## **SCHEDULING ORDER**

AND NOW, on this 2nd day of June 2025, based on the stipulation between lead counsel and counsel for Defendants (Dkt. 38), the parties are directed to adhere to the following litigation schedule:

1. The Pension Funds' amended complaint is due by July 28, 2025;

2. Defendants' motion to dismiss the amended complaint is due by September 19, 2025;

3. The Pensions Funds' opposition to Defendants' motion to dismiss is due by November 17, 2025; and

4. Defendants' reply is support of their motion to dismiss is due by December 19, 2025.[1]

Any amendments or extensions of this scheduling order must be submitted to the Court by way of a motion or stipulation, with a brief statement of the cause for

1

the requested change. In the event of an opposed extension, the party opposing the extension should provide a short response to the requesting party's motion.[2]

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.

---

[1] This Court generally requires leave of Court to file replies in support of a previously filed motion. *See* Judge Weilheimer's Guidelines. However, as the parties have agreed to such a filing in this securities class action matter, the Court will permit FMC to file a pointed reply in support of their motion to dismiss addressing *only* the arguments advanced in lead plaintiffs' opposition.

[2] The parties should be aware that a shareholder derivative suit was filed on May 29, 2025, and designated as a related matter. *See Curavo v. Douglas, et al.*, 2:25-cv-02731-GAW.