## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION | No. 2:25-CV-00771 |
| **This Document Applies to:** | CLASS ACTION |
| **ALL ACTIONS** | |

## ORDER

AND NOW, this 17th day of September, 2025, upon consideration of the Joint Motion for Leave to File Briefs in Excess of Page Limits, it is hereby ORDERED that said Motion is GRANTED. The partis may exceed the page limits set forth in Judge Weilheimer's Policies and Procedures X(A) as follows:

- an opening brief not to exceed 30 pages in support of Defendants' Motion to Dismiss, exceeding the page limit by up to five pages;

- an opposition brief not to exceed 30 pages opposing Defendants' Motion to Dismiss, exceeding the page limit by up to five pages; and

- a reply brief not to exceed 12 pages in further support of Defendants' Motion to Dismiss (limited solely to addressing the issues raised in Plaintiffs' opposition brief).

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.