# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION<br><br>_____<br><br>**This Document Applies to:**<br><br>**ALL ACTIONS** | No. 2:25-CV-00771<br><br>CLASS ACTION |

### DECLARATION OF DANA M. SESHENS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Dana M. Seshens, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney admitted *pro hac vice* before this Court, and I am a partner of the law firm Davis Polk & Wardwell LLP, counsel for Defendants FMC Corporation ("FMC"), Mark A. Douglas, Pierre R. Brondeau, and Andrew D. Sandifer (collectively, "Defendants") in the above-captioned matter. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Annual Report for the Fiscal Year ended December 31, 2023 filed with the Securities and Exchange Commission (the "SEC") by FMC on Form 10-K, dated February 27, 2024.[1]

3. Attached hereto as Exhibit 2 is a true and correct copy of FMC's 2023 Investor Day Presentation, dated November 16, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of a transcript of the Bank of America Global Agricultural and Materials Conference, dated February 29, 2024.

---

[1] Full copies of exhibits that are excerpted from FMC's SEC filings are available at: https://investors.fmc.com/financials/sec-filings/default.aspx.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a transcript of FMC's Third Quarter FY 2023 earnings call, held on October 31, 2023.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a transcript of FMC's Third Quarter FY 2024 earnings call, held October 30, 2024.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated December 18, 2023.

8.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Annual Report for the Fiscal Year ended December 31, 2022 filed with the SEC by FMC on Form 10-K, dated February 24, 2023.

9.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended June 30, 2023 filed with the SEC by FMC on Form 10-Q, dated August 3, 2023.

10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended September 30, 2023 filed with the SEC by FMC on Form 10-Q, dated November 7, 2023.

11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended June 30, 2024 filed with the SEC by FMC on Form 10-Q, dated August 1, 2024.

12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended September 30, 2024 filed with the SEC by FMC on Form 10-Q, dated October 30, 2024.

13.    Attached hereto as Exhibit 12 is a true and correct copy of a transcript of FMC's Second Quarter FY 2023 earnings call, held on August 3, 2023.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated February 5, 2024, including an attached press release.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a transcript of FMC's Fourth Quarter FY 2023 earnings call, held February 6, 2024.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a transcript of FMC's First Quarter FY 2024 earnings call, held May 7, 2024.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated July 31, 2024, including an attached press release.

18.    Attached hereto as Exhibit 17 is a true and correct copy of a transcript of FMC's Fourth Quarter FY 2024 earnings call, held February 4, 2025.

19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended March 31, 2024 filed with the SEC by FMC on Form 10-Q, dated May 7, 2024.

20.    Attached hereto as Exhibit 19 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated October 29, 2024, including an attached press release.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a transcript of FMC's Second Quarter FY 2024 earnings call, held on August 1, 2024.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a transcript of FMC's Investor Day call, held on November 16, 2023.

23.    Attached hereto as Exhibit 22 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated May 6, 2024, including an attached press release.

24.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Proxy Statement filed with the SEC by FMC on Form DEF 14A, dated March 10, 2023.

25.    Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the

Proxy Statement filed with the SEC by FMC on Form DEF 14A, dated March 15, 2024.

26.    Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the

Proxy Statement filed with the SEC by FMC on Form DEF 14A, dated March 14, 2025.

27.    Attached hereto as Exhibit 26 is a true and correct copy of a February 6, 2025

report published by the Center for Financial Research and Analysis.

28.    Attached hereto as Exhibit 27 is a true and correct copy of a May 28, 2025 report

published by the Center for Financial Research and Analysis titled "FMC Corporation:

Fundamental Deterioration Masked by Aggressive Financial Practices."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
         September 19, 2025

By:  */s/ Dana M. Seshens*
     Dana M. Seshens