Exhibit 25 (Excerpted)

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, DC 20549
# SCHEDULE 14A
**PROXY STATEMENT PURSUANT TO SECTION 14(a)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**(Amendment No. )**

☑ Filed by the Registrant      ☐ Filed by a Party other than the Registrant

| **Check the appropriate box:** |
|---|
| ☐ Preliminary Proxy Statement |
| ☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14A-6(E)(2))** |
| ☑ Definitive Proxy Statement |
| ☐ Definitive Additional Materials |
| ☐ Soliciting Material under §240.14a-12 |

**FMC CORPORATION**

**FMC** | An Agricultural Sciences Company

*(Name of Registrant as Specified in Its Charter)*
*(Name of Person(s) Filing Proxy Statement, if other than the Registrant)*

| **Payment of Filing Fee (Check all boxes that apply):** |
|---|
| ☑ **No fee required.** |
| ☐ **Fee paid previously with preliminary materials.** |
| ☐ **Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.** |



**FMC Corporation**

**March 14, 2025**

Dear Stockholder:

It is my pleasure to invite you to attend the Company's 2025 Annual Meeting of Stockholders. The meeting will be held in a virtual meeting format on Tuesday, April 29, 2025, at 2:00 p.m. EDT. The meeting can be accessed by visiting www.virtualshareholdermeeting.com/FMC2025, where you will be able to listen to the meeting live, submit questions and vote online. The Notice of Annual Meeting and Proxy Statement accompanying this letter describe the business to be conducted at the meeting.

During the meeting, I will report on the Company's earnings, results and other achievements during 2024 and on our outlook for 2025. We welcome this opportunity to have a dialogue with our stockholders and look forward to your comments and questions.

Your vote is important. **Please vote your proxy promptly so your shares can be represented.** Your proxy card includes specific instructions on how to vote.

If you wish to vote during the meeting, please refer to the section of the proxy statement entitled "How to Vote" for specific instructions.

I look forward to the Annual Meeting on April 29th.

Sincerely,

**Pierre Brondeau**
*Chairman of the Board and Chief Executive Officer*

Back to Contents

# V. SECURITY OWNERSHIP OF FMC CORPORATION

## Management Ownership

The following table shows, as of December 31, 2024, the number of shares of Common Stock beneficially owned by each current director or nominee for director, the executive officers named in the Summary Compensation Table, and all current directors, nominees for director and current executive officers as a group. Each director or nominee and each executive officer named in the Summary Compensation Table ("NEOs") beneficially owns less than 1% of the Common Stock.

| Name | Beneficial Ownership on December 31, 2024 FMC Common Stock | Percent of Class |
|---|---|---|
| Pierre Brondeau[1] | 332,199 | * |
| Eduardo E. Cordeiro[2] | 24,986 | * |
| Carol Anthony ("John") Davidson[2] | 7,099 | * |
| Anthony DiSilvestro[2] | 0 | * |
| Kathy L. Fortmann[2] | 5,660 | * |
| C. Scott Greer[2] | 67,048 | * |
| K'Lynne Johnson[2] | 27,969 | * |
| Dirk A. Kempthorne[2] | 48,364 | * |
| Steven T. Merkt[2] | 0 | * |
| Margareth Øvrum[2] | 15,661 | * |
| Robert C. Pallash[2] | 50,375 | * |
| Ronaldo Pereira[1] | 49,555 | * |
| John M. Raines.[2] | 1,376 | * |
| Michael F. Reilly[1] | 58,430 | * |
| Andrew Sandifer[1] | 100,456 | * |
| Jacqueline Scanlan[1] | 1,510 | * |
| Patricia Verduin, Ph.D.[2] | 1,238 | * |
| Mark Douglas[3] | 259,230 | * |
| All current directors, nominees, and the current executive officers as a group - 20 persons[1][2] | 833,032 | * |

* Less than 1% of class.

(1) Shares "beneficially owned" include: (i) shares owned or controlled by the individual; (ii) shares held in the FMC Corporation Savings and Investment Plan for the account of the individual as of December 31, 2024; (iii) restricted stock units that will vest within 60 days of December 31, 2024 (4,251 for Mr. Sandifer, 4,334 for Mr. Pereira, 2,150 for Mr. Reilly, 2,233 for three executive officers not listed above, and 12,968 for all current executive officers as a group); (iv) shares subject to options that are exercisable within 60 days of December 31, 2024 (211,284 for Mr. Brondeau, 60,760 for Mr. Sandifer, 26,064 for Mr. Pereira, 38,703 for Mr. Reilly, 27,530 for three executive officers not listed above, and 364,341 for all current executive officers as a group); and (v) shares subject to performance-based restricted stock units that will be settled within 60 days of December 31, 2024 (2,019 for Mr. Sandifer, 1,022 for Mr. Pereira, 1,022 for Mr. Reilly, 719 for two executive officers not listed above, and 4,782 for all current executive officers as a group). Item (iii) includes restricted stock units which the holder has no power to vote or dispose of, but in respect of which the holder is entitled to a cash payment equal to the amount of any dividends paid by the Company on its Common Stock. Shares "beneficially owned" by Mr. Brondeau also include 3,535 restricted stock units granted to Mr. Brondeau during his time as a non-employee director of the Company.

(2) Includes vested restricted stock units credited to individual accounts of non-employee directors (see section above entitled "Director Compensation"). The number of restricted stock units credited to directors included in the table above is as follows: Mr. Cordeiro, 14,279; Mr. Davidson, 5,599; Ms. Fortmann, 5,660; Mr. Greer, 24,893; Ms. Johnson, 22,610; Mr. Kempthorne, 40,752; Ms. Øvrum, 14,481; Mr. Pallash, 46,530; Mr. Raines 1,376; Dr. Verduin, 1,181; and all directors as a group, 176,898. Directors have no power to vote or dispose of shares represented by restricted stock units until the shares are distributed and, until such distribution, directors have only an unsecured claim against the Company. The holders of these restricted stock units will be credited with additional restricted stock units having a value equal to the amount of any dividends paid by the Company on its Common Stock. Previously credited amounts are included in the table above.

(3) The amount of shares "beneficially owned" for Mr. Douglas reflects his share ownership as of June 11, 2024, which is the date that Mr. Douglas ceased to be an executive officer of the Company and includes (i) shares owned or controlled by Mr. Douglas; (ii) shares held in the FMC Corporation Savings and Investment Plan for the account of Mr. Douglas as of June 11, 2024; (iii) 138,634 shares subject to options that are exercisable within 60 days of June 11, 2024; and (iv) 9,570 shares subject to performance-based restricted stock units that will be settled within 60 days of June 11, 2024.

**FMC CORPORATION** - *Notice of Annual Meeting of Stockholders and Proxy Statement* **33**

Back to Contents

# Other Security Ownership

Based on available information, the persons listed below beneficially own more than 5% of the Company's outstanding shares of Common Stock as of December 31, 2024:

| Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percent of Class |
|---|---|---|
| The Vanguard Group, Inc. 100 Vanguard Blvd. Malvern, PA 19355 | 14,521,747 shares(1) | 11.64% |
| Wellington Management Group LLP 280 Congress Street Boston, MA 02210 | 12,080,551 shares(2) | 9.7% |
| BlackRock, Inc. 50 Hudson Yards New York, NY 10001 | 11,415,569 shares(3) | 9.1% |
| State Street Corporation 1 Congress Street, Suite 1 Boston, MA 02114 | 6,273,013 shares(4) | 5.0% |

(1) Based on a Schedule 13G/A filing dated February 13, 2024, as of December 29, 2023, The Vanguard Group, Inc. had shared voting power as to 160,467 shares, sole dispositive power as to 13,971,458 shares and shared dispositive power as to 550,289 shares.

(2) Based on a Schedule 13G/A filing dated February 10, 2025, as of December 31, 2024, Wellington Management Group LLP, Wellington Group Holdings LLP, and Wellington Investment Advisors Holdings LLP had shared voting power as to 10,697,255 of such shares and shared dispositive power as to all of the shares. Wellington Management Company LLP had shared voting power as to 10,149,992 of such shares and shared dispositive power as to 10,582,907 of the shares.

(3) Based on a Schedule 13G/A filing dated November 8, 2024, as of September 30, 2024, BlackRock, Inc. had sole voting power as to 10,925,668 of such shares and sole dispositive power as to all of the shares.

(4) Based on a Schedule 13G filing dated October 17, 2024, as of September 30, 2024, State Street Corporation had shared voting power as to 4,180,222 of such shares and shared dispositive power as to 6,271,760 of the shares.

**FMC CORPORATION** - *Notice of Annual Meeting of Stockholders and Proxy Statement* **34**