Exhibit 26

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500

**CFRA**

# FMC Corporation

| Recommendation | **SELL** ★ ★ ☆ ☆ ☆ | | Price | 12-Mo. Target Price | Report Currency | Investment Style |
|---|---|---|---|---|---|---|
| | | | USD 54.04 [as of market close Feb 04, 2025] | USD 32.00 | USD | Mid-Cap Blend |

**Equity Analyst Devyn DeLange**

| | | |
|---|---|---|
| **GICS Sector** Materials | **Summary** | FMC Corp. develops, markets, and sells insecticides, herbicides, and fungicides used to |
| **Sub-Industry** Fertilizers and Agricultural Chemicals | | enhance crop yield and quality, as well as for non-agricultural pest control. |

## Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence [SPGMI], Company Reports)

| | | | | | |
|---|---|---|---|---|---|
| 52-Wk Range | **USD 68.72 - 47.71** | Oper.EPS2024**E** | **USD 3.44** | Market Capitalization[B] | **USD 6.86** | Beta | **0.85** |
| Trailing 12-Month EPS | **USD 2.75** | Oper.EPS2025**E** | **USD 3.17** | Yield [%] | **4.22** | 3-yr Proj. EPS CAGR[%] | **2** |
| Trailing 12-Month P/E | **19.65** | P/E on Oper.EPS2024**E** | **15.71** | Dividend Rate/Share | **USD 2.32** | SPGMI's Quality Ranking | **B+** |
| USD 10K Invested 5 Yrs Ago | **6,272.0** | Common Shares Outstg.[M] | **125.00** | Trailing 12-Month Dividend | **USD 2.32** | Institutional Ownership [%] | **94.0** |

## Price Performance



30-Week Mov. Avg. — 10-Week Mov. Avg. — GAAP Earnings vs. Previous Year — Volume Above Avg. — STARS

12-Mo. Target Price — ▲ Up ▼ Down ► No Change — Below Avg. — ★

**Source: CFRA, S&P Global Market Intelligence**
**Past performance is not an indication of future performance and should not be relied upon as such.**
Analysis prepared by **Devyn DeLange** on Feb 06, 2025 02:56 AM, when the stock traded at **USD 35.92**.

## Analyst's Risk Assessment

| LOW | MEDIUM | HIGH |
|---|---|---|

FMC faces risk from the cyclical, seasonal, and highly competitive nature of the agriculture industry, which can be negatively impacted by external influences, such as weather, and is subject to volatility. FMC also has exposure to the volatile natural gas industry. This is offset by its competitive market position as one of the world's leading global innovators through product development, with over 850 active patents in 76 countries ranging from active ingredients to methods of manufacturing to formulations. A large scale executive shake up over the course of the past two years and high debt levels pose additional risks.

## Revenue/Earnings Data

### Revenue (Million USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2026 | **E** 959 | **E** 970 | **E** 1,016 | **E** 1,321 | **E** 4,268 |
| 2025 | **E** 711 | **E** 972 | **E** 1,011 | **E** 1,228 | **E** 3,923 |
| 2024 | 918 | 1,038 | 1,065 | 1,224 | 4,246 |
| 2023 | 1,344 | 1,014 | 982 | 1,146 | 4,487 |
| 2022 | 1,351 | 1,452 | 1,377 | 1,622 | 5,802 |
| 2021 | 1,196 | 1,242 | 1,194 | 1,414 | 5,045 |

### Earnings Per Share (USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2026 | **E** 0.64 | **E** 0.83 | **E** 0.90 | **E** 1.61 | **E** 3.98 |
| 2025 | **E** 0.11 | **E** 0.75 | **E** 0.80 | **E** 1.50 | **E** 3.17 |
| 2024 | 0.36 | 0.63 | 0.69 | 1.79 | 3.48 |
| 2023 | 1.77 | 0.50 | 0.44 | 1.07 | 3.78 |
| 2022 | 1.88 | 1.93 | 1.23 | 2.37 | 7.41 |
| 2021 | 1.53 | 1.81 | 1.43 | 2.16 | 6.93 |

Fiscal Year ended Dec 31. EPS Estimates based on CFRA's Operating Earnings; historical earnings are adjusted. In periods where a different currency has been reported, this has been adjusted to match the current quoted currency.

## Highlights

▶ Sales fell 5.4% in 2024 following a 23% plummet in 2023, and we see revenue falling another 7.6% in 2025 before rising 8.8% in 2026. For 2025-2027, we expect a 0.7% CAGR in sales. We believe 2025 sales guidance of $4.15B-$4.35B is overly optimistic, as we forecast sales of $3.92B. Receivables have increased at a faster rate than sales in the last six LTM periods, implying FMC has been pulling future sales into current periods, indicating a risk of inappropriate revenue recognition.

▶ 2024 adj-EBITDA margin contracted 50 bps Y/Y to 21.3%, as lower prices significantly offset slightly higher volumes and cost reductions. Based on the most recent results, we expect the adj-EBITDA margin to expand by about 20 bps in 2025 from 21.3% in 2024. However, we forecast EBITDA to decrease 7% in 2025 with lower prices offsetting higher volumes and additional cost efficiencies.

▶ Debt levels improved in Q4 vs. Q3; last-12-month gross debt-to-EBITDA was 3.7x vs. 5.6x, and net debt-to-EBITDA was 3.3x vs. 5.1x, reflecting the repayment of debt with proceeds from the sale of the Global Specialty Solutions business. FMC generated $614M in FCF in 2024, and we forecast $300M in 2025.

## Investment Rationale/Risk

▶ Our Sell rating is driven by management concerns as well as highly elevated debt levels with covenants that could lead to dividend cuts. Our rating is also driven by projected global crop protection demand, offset by the disclosed inventory reductions. FMC's products are used to protect crops like barley, corn, wheat, rice, and more. Selling prices for these crops fell in the 2023 season from a multi-year high in 2022. We estimate this trend will continue due to lingering supply uncertainties. In our view, this poses a tailwind for FMC. As crop prices decrease, farmers may feel more pressure to maximize yield, which would require more crop protection.

▶ Risks are recent CEO changes, higher-than-projected crop prices, unfavorable weather/pest pressures during a quarter in which a certain geography is predominating, and the highly competitive nature of the business.

▶ Our 12-month target is $32, using our 2025 EBITDA estimate of $843M and a forward EV/EBITDA multiple of 8.4x. We think FMC will direct FCF to pay down debt balances to adhere to debt covenants, which cap leverage ratios. Share buybacks are currently restricted under these covenants, and dividends may be cut if FCF is insufficient.

## Dividend Data

| Amount ( USD) | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 0.5800 | Dec 13 | Dec 31 | Dec 31 | Jan 16 '25 |
| 0.5800 | Jul 19 | Sep 30 | Sep 30 | Oct 17 '24 |
| 0.5800 | Apr 30 | Jun 28 | Jun 28 | Jul 18 '24 |
| 0.5800 | Feb 27 | Mar 27 | Mar 28 | Apr 18 '24 |

Dividends have been paid since 1971 . Source: Company reports
**Past performance is not an indication of future performance and should not be relied as such.**

Forecasts are not a reliable indicator of future performance.
Dividends paid in currencies other than the Trading currency have been accordingly converted for display purposes.

Redistribution or reproduction is prohibited without written permission. Copyright ©2025 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

Case 2:25-cv-00771-GAW    Document 46-2    Filed 09/19/25    Page 3 of 10

# FMC Corporation

## Business Summary Jan 16, 2025

CORPORATE OVERVIEW. FMC Corporation (FMC) is an international company that focuses on agricultural sciences. Its mission is to assist farmers in producing food, animal feed, fiber, and fuel for the growing population while adapting to environmental changes. FMC develops innovative crop protection products that allow growers, crop advisors, and professionals in turf and pest management to tackle their most difficult challenges cost-effectively without jeopardizing safety or the environment. The company is dedicated to continuously discovering and creating new active ingredients. FMC operates under one segment but develops, manufactures, and sells products in insecticides, herbicides, fungicides, and plant health.

Insecticides (59% of 2023 sales) are generally used to control a wide spectrum of pests. They are used in the protection of a variety of crops, including soybeans, corn, fruits and vegetables, cotton, sugarcane, rice, and cereals, from insects. They are also used for non-agricultural applications, including pest control for homes, gardens, and other specialty markets. Branded insecticides include Talstar and Hero.

Herbicides (22%) primarily target a large variety of difficult-to-control weeds. They are used in the protection of a variety of crops, including cotton, sugarcane, rice, corn, soybeans, cereals, fruits, and vegetables from weed growth. They are also used for non-agricultural applications, including turf and roadsides. Branded herbicides include Authority, Boral, Centium, Command, and Gamit.

Fungicides (7%) are used for the protection of crops, including cereals, fruits, and vegetables from fungal disease.

Plant Health (4%) offers crop protection measures for soybean, corn, fruit, vegetable, cotton, sugarcane, rice, and cereal cultivation to control insects and diseases, improving yields.

By region, Latin America comprised 31% of sales in 2023; North America 27%; EMEA 20%; and Asia-Pacific 22%.

STRATEGY: FMC claims it is now the fifth largest global provider in the agricultural chemicals market. In general, FMC competes as an innovator by focusing on product development, including novel formulations, proprietary mixes, and advanced delivery systems, and by acquiring or licensing proprietary chemistries or technologies that complement its product and geographic focus. As of December 31, 2023, FMC owned a total of approximately 200 active granted U.S. patents, 2,800 granted foreign patents, and 2,300 patents pending globally. Additionally, FMC has a strong R&D pipeline, which includes 20 new active ingredients in discovery and 18 new active ingredients in development.

In 2021, FMC launched two products that we think will attract growth based on their specialization and abilities to help growers deal with broad-based resistance. One of the products is branded Isoflex, an herbicide used in cereal crops that kills weeds by attacking a different metabolic process than broad-use herbicides. Isoflex is launching in Australia and will likely be phased into four regions by 2025. The other product is FMC's Fluindapyr, which is a carboxamide class of fungicide that will launch in the U.S. and then be introduced in China, Europe, Argentina, and Brazil by 2024.

COMPETITIVE LANDSCAPE. The agrochemical industry is relatively consolidated. The top five crop protection companies, which include FMC, currently represent approximately 73% of the industry's global sales. FMC employs various differentiated strategies and competes with unique technologies focusing on certain crops, markets, and geographies, while also being supported by a low-cost manufacturing model. The three principal categories of agricultural and non-crop chemicals are: herbicides, insecticides, and fungicides, representing approximately 42%, 29%, and 26% of global industry revenue, respectively.

IMPACT OF MAJOR DEVELOPMENTS. FMC announced a leadership shake-up by appointing Pierre Brondeau to be CEO in June 2024. He succeeds Mark Douglas, who stepped down as CEO, effective immediately. Brondeau previously led the firm as chairman and CEO from 2010 until his retirement in June 2020. Succession plans are still top of mind for investors.

In February 2024, FMC announced plans to reduce its global workforce by 8% and incur restructuring costs of $180 million to $215 million related to its Project Focus cost-saving initiative. The company has also sold its Global Specialty Solutions business and will use the proceeds to pay down debt.

In June 2022, FMC announced a definitive agreement to acquire BioPhero ApS, a Denmark-based pheromone research and production company. The acquisition adds unparalleled biologically produced pheromone insect control technology to FMC's product portfolio and R&D pipeline.

FINANCIAL TRENDS. Sales declined 23% in 2023 from 2022, driven by significant volume decreases in every region due to inventory destocking (-22% in organic sales). Despite challenging market conditions that impacted FMC's results, sales for its more recent and specialized products, including diamides, exceeded the performance of its overall product lineup, underscoring its resilience. Approximately 14% of FMC's total revenue ($590 million) in 2023 came from products introduced in the past five years. Adjusted EBITDA margin decreased 250 bps to 21.8% in 2023 from 2022, driven by continued destocking and high-cost inflation, partially offset by modest higher pricing.

In 2024, FMC's free cash flow was $614 million, impacted by higher cash flow from operations, with 2025 guidance of FCF between $200 million and $400 million. We expect FMC to use the remaining excess cash for debt repayments.

Revenues of $4.2 billion fell 5.4% Y/Y in 2024, impacted by a 3% volume increase and a 6% pricing headwind. Sales declined in each region in 2024: 3% in North America, 1% in LATAM, 14% in Asia-Pacific, and 7% in EMEA.

## Corporate information

**Investor contact**
N/A (215 299 6000)

**Office**
FMC Tower, 2929 Walnut Street, Philadelphia, Pennsylvania, 19104

**Telephone**
215 299 6000

**Fax**
N/A

**Website**
www.fmc.com

### Officers

**Executive VP & CFO**
A. D. Sandifer

**President**
R. Pereira

**CEO & Non-Executive Chairman of the Board**
P. R. Brondeau

**Executive VP, General Counsel, Chief Compliance Officer & Secretary**
M. F. Reilly

**Executive VP & CTO**
S. Rostovtsev

### Board Members

| | |
|---|---|
| A. P. DiSilvestro | K. Johnson |
| C. A. Davidson | K. L. Fortmann |
| C. S. Greer | M. Ovrum |
| D. A. Kempthorne | P. D. Verduin |
| E. E. Cordeiro | P. R. Brondeau |
| J. M. Raines | R. C. Pallash |

**Domicile**
Delaware

**Auditor**
KPMG LLP - Klynveld Peat Marwick Goerdeler

**Founded**
1883

**Employees**
6,600

**Stockholders**
N/A

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500



# FMC Corporation

## Quantitative Evaluations

**Fair Value Rank**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|

LOWEST      HIGHEST

Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued [1] to most undervalued [5].

**Fair Value Calculation**    **USD 139.65**    Analysis of the stock's current worth, based on CFRA's proprietary quantitative model suggests that FMC is undervalued by USD 85.61 or 158.42%

**Volatility**

| LOW | AVERAGE | HIGH |
|---|---|---|

**Technical Evaluation**    **BULLISH**    Since January, 2025, the technical indicators for FMC have been BULLISH"

**Insider Activity**

| UNFAVORABLE | NEUTRAL | FAVORABLE |
|---|---|---|

## Expanded Ratio Analysis

| | 2023 | 2022 | 2021 | 2020 |
|---|---|---|---|---|
| Price/Sales | 1.76 | 2.73 | 2.81 | 3.23 |
| Price/EBITDA | 9.17 | 11.24 | 11.38 | 12.05 |
| Price/Pretax Income | 26.37 | 16.07 | 15.81 | 20.53 |
| P/E Ratio | 16.68 | 16.84 | 15.86 | 18.57 |
| Avg. Diluted Shares Outstg. [M] | 125.53 | 126.71 | 129.15 | 130.58 |

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| Past Growth Rate [%] | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Net Income | 79.43 | 33.74 | 21.35 |
| Sales | -22.67 | -1.13 | 0.92 |
| **Ratio Analysis (Annual Avg.)** | | | |
| Net Margin [%] | 29.45 | 18.94 | 15.81 |
| % LT Debt to Capitalization | 35.41 | 39.20 | 42.72 |
| Return on Equity [%] | 36.24 | 29.38 | 25.58 |

## Company Financials Fiscal year ending Dec 31

| Per Share Data [USD] | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 1.83 | -6.81 | -7.99 | -9.97 | -13.02 | -8.41 | -8.75 | 5.29 | 1.62 | 6.74 |
| Free Cash Flow | -4.14 | 3.55 | 5.65 | 3.74 | 2.26 | 1.67 | 2.21 | 3.04 | -3.08 | 1.44 |
| Earnings | 11.29 | 6.57 | 6.24 | 4.44 | 4.10 | 3.88 | -1.01 | 0.95 | -1.66 | 2.18 |
| Earnings (Normalized) | 3.78 | 7.41 | 6.93 | 6.19 | 6.09 | 6.29 | 2.71 | 2.82 | 2.47 | 4.03 |
| Dividends | 2.32 | 2.17 | 1.97 | 1.80 | 1.64 | 0.90 | 0.66 | 0.66 | 0.66 | 0.60 |
| Payout Ratio [%] | 21.98 | 36.32 | 33.42 | 41.36 | 44.05 | 17.77 | 16.57 | 42.37 | 17.67 | 25.40 |
| Prices: High | 133.37 | 140.99 | 123.66 | 122.29 | 101.95 | 98.70 | 96.02 | 60.00 | 64.72 | 83.94 |
| Prices: Low | 49.49 | 98.24 | 87.27 | 56.77 | 70.62 | 69.36 | 56.42 | 32.24 | 32.58 | 51.04 |
| P/E Ratio: High | 35.30 | 19.00 | 17.80 | 19.80 | 16.70 | 15.70 | 35.40 | 21.30 | 26.20 | 20.80 |
| P/E Ratio: Low | 13.10 | 13.30 | 12.60 | 9.20 | 11.60 | 11.00 | 20.80 | 11.40 | 13.20 | 12.70 |
| **Income Statement Analysis** [Million USD] | | | | | | | | | | |
| Revenue | 4,487 | 5,802 | 5,045 | 4,642 | 4,610 | 4,285 | 2,531 | 2,539 | 2,491 | 3,259 |
| Operating Income | 679.00 | 1,237 | 1,076 | 1,082 | 1,070 | 959.00 | 382.00 | 385.00 | 324.00 | 641.00 |
| Depreciation + Amortization | 184.00 | 169.00 | 171.00 | 163.00 | 150.00 | 133.00 | 98.00 | 101.00 | 77.00 | 94.00 |
| Interest Expense | 237.00 | 152.00 | 131.00 | 151.00 | 160.00 | 134.00 | 80.00 | 64.00 | 62.00 | 51.00 |
| Pretax Income | 300.00 | 984.00 | 898.00 | 731.00 | 655.00 | 608.00 | 96.00 | 181.00 | -207.00 | 364.00 |
| Effective Tax Rate | -372.90 | 14.80 | 10.30 | 20.70 | 17.00 | 11.60 | 238.90 | 27.70 | -2.50 | 15.40 |
| Net Income | 1,322 | 736.00 | 740.00 | 552.00 | 477.00 | 502.00 | 536.00 | 209.00 | 489.00 | 308.00 |
| Net Income [Normalized] | 229.80 | 673.50 | 593.10 | 582.90 | 567.10 | 506.60 | 186.80 | 199.00 | 154.90 | 354.30 |
| **Balance Sheet and Other Financial Data** [Million USD] | | | | | | | | | | |
| Cash | 302.00 | 584.00 | 520.00 | 569.00 | 339.00 | 134.00 | 283.00 | 64.00 | 79.00 | 110.00 |
| Current Assets | 5,129 | 5,439 | 5,054 | 4,376 | 4,075 | 4,030 | 3,653 | 2,849 | 2,972 | 2,934 |
| Total Assets | 11,926 | 11,171 | 10,673 | 10,186 | 9,873 | 9,974 | 9,206 | 6,139 | 6,326 | 5,326 |
| Current Liabilities | 3,385 | 3,800 | 3,520 | 2,829 | 2,724 | 2,993 | 2,209 | 1,438 | 1,453 | 1,910 |
| Long Term Debt | 3,024 | 2,733 | 2,732 | 2,930 | 3,031 | 2,145 | 2,993 | 1,799 | 2,036 | 1,139 |
| Total Capital | 8,539 | 6,826 | 6,480 | 6,429 | 6,015 | 5,921 | 5,915 | 3,914 | 4,092 | 3,262 |
| Capital Expenditures | 134.00 | 142.00 | 100.00 | 133.00 | 94.00 | 83.00 | 38.00 | 91.00 | 53.00 | 182.00 |
| Cash from Operations | -386.00 | 582.00 | 820.00 | 648.00 | 488.00 | 368.00 | 336.00 | 498.00 | -358.00 | 374.00 |
| Current Ratio | 1.52 | 1.43 | 1.44 | 1.55 | 1.50 | 1.35 | 1.65 | 1.98 | 2.04 | 1.54 |
| % Long Term Debt of Capitalization | 35.40 | 40.00 | 42.20 | 45.60 | 50.40 | 36.20 | 50.60 | 46.00 | 49.80 | 34.90 |
| % Net Income of Revenue | 29.50 | 12.70 | 14.70 | 11.90 | 10.40 | 11.70 | 21.20 | 8.20 | 19.60 | 9.40 |
| % Return on Assets | 3.68 | 7.08 | 6.45 | 6.74 | 6.74 | 6.25 | 3.11 | 3.86 | 3.47 | 7.59 |
| % Return on Equity | 36.20 | 25.60 | 26.30 | 20.90 | 18.80 | 18.20 | -5.70 | 6.70 | -12.20 | 19.60 |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500

# FMC Corporation

CFRA

## Sub-Industry Outlook

We have a neutral outlook for the Fertilizers & Agricultural Chemicals sub-industry. Of key fertilizer nutrients – nitrogen, potash, and phosphorus/phosphate – we are most bullish on potash given its stable supply and strong demand driven by high relative affordability. To a lesser extent, we also have a positive view on nitrogen as we expect affordability to continue into 2025, but we note that prices could increase slightly as supply and demand dynamics remain pressured. For phosphate, high raw material prices have led to affordability issues coupled with current supply levels failing to meet demand.

Affordability (fertilizer prices/crop prices) largely declined in 2024 and we expect this trend to continue into 2025. We expect affordability to be a driving factor in 2025 as large harvests for major crops - wheat, corn, soybeans, and cotton – have pushed crop prices downward. Depleted nutrient levels in the soil will need to be replenished, which should lead to a high overall demand for fertilizers, but we expect the more affordable nutrients to benefit the most.

The attractiveness of potash fertilizers can be attributed to its adequate and stable supply. Due to its availability, prices have remained affordable with low volatility. Assuming prices remain affordable, The Mosaic Company (MOS) expects to see record-breaking potash shipments in 2025 as global demand recovers, particularly in Southeast Asia. However, supply could tighten as Belarus' president has proposed cutting 10% of potash output. This would be significant as Belarus and Russia supply ~35% of the global potash market. Additionally, given the U.S. imports ~87% of its potash from Canada, prices and/or supply could be materially impacted as Canada weighs retaliation to tariffs.

We expect a more favorable environment for nitrogen fertilizers in 2025 vs. 2024. Nitrogen is well supplied, and prices should remain flat, with any limited upside potential more likely to occur around the spring planting season. Strong demand should persist as nitrogen still reflects an affordable price. Nitrogen is also less substitutable

compared to potash and phosphate, leading to higher pricing power.

Demand for phosphate fertilizers has been limited by ongoing supply issues, with notable problems including limited exports from China, countervailing duties in the U.S. on imports, and reduced phosphoric acid availability as it is increasingly used for other industrial means. We expect all these issues to remain or worsen in 2025. Current supply is unable to meet demand leading to high prices and low affordability. While higher prices are generally good for suppliers, we expect the affordability of potash and nitrogen to drive higher profitability than phosphate.

Based on data from the U.S. Energy Information Administration (EIA), Henry Hub natural gas spot prices averaged $2.21/MMBtu in 2024, the lowest ever reported when adjusted for inflation. The EIA expects the Henry Hub price to increase to $3.10/MMBtu on average for 2025, with U.S. demand exceeding supply as LNG exports are set to dramatically increase. We also believe the rising energy demands of data centers and AI will lead to increased natural gas consumption and could impact the availability leftover for nitrogen fertilizers.

Other risks are weather disruptions, commodity price volatility, government policy changes, and rising environmental scrutiny. In 2024, Fertilizers & Agricultural Chemicals was up 2.9% vs. the Materials sector, down 2.0%.

**/ Devyn DeLange**

## Industry Performance

**GICS Sector:** Materials
**Sub-Industry:** Fertilizers and Agricultural Chemicals
Based on S&P 1500 Indexes
Five-Year market price performance through Feb 01, 2025



NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.

All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).

Past performance is not an indication of future performance and should not be relied upon as such.

**Source: CFRA, S&P Global Market Intelligence**

## Sub-Industry: Fertilizers and Agricultural Chemicals  Peer Group*: Fertilizers and Agricultural Chemicals

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price | Stk. Mkt. Cap. (M) | 30-Day Price Chg. (%) | 1-Year Price Chg. (%) | P/E Ratio | Fair Value Calc. | Yield (%) | Return on Equity (%) | LTD to Cap (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FMC Corporation** | **FMC** | **NYSE** | **USD** | **54.92** | **6,856.0** | **13.2** | **-10.6** | **20.0** | **139.65** | **4.2** | **38.5** | **34.2** |
| American Vanguard Corporation | AVD | NYSE | USD | 6.08 | 175.0 | 31.0 | -45.6 | NM | N/A | 2.0 | -8.4 | 33.8 |
| Bioceres Crop Solutions Corp. | BIOX | NasdaqGS | USD | 6.55 | 412.0 | 2.3 | -48.3 | 283.0 | N/A | N/A | 0.8 | 21.0 |
| CVR Partners, LP | UAN | NYSE | USD | 80.89 | 855.0 | 5.1 | 13.5 | 16.0 | N/A | 5.9 | 17.6 | 65.3 |
| Enlightify Inc. | ENFY | NYSE | USD | 1.38 | 20.0 | 30.2 | -44.1 | NM | N/A | N/A | -25.2 | 5.3 |
| ICL Group Ltd | ICL | NYSE | USD | 5.84 | 7,536.0 | 15.4 | 27.2 | 19.0 | N/A | 2.7 | 7.8 | 21.5 |
| Intrepid Potash, Inc. | IPI | NYSE | USD | 26.56 | 327.0 | 17.4 | 44.8 | NM | N/A | N/A | -6.2 | N/A |
| N2OFF, Inc. | NITO | NasdaqCM | USD | 1.25 | 14.0 | -52.6 | -20.4 | NM | N/A | N/A | -115.4 | N/A |
| The Mosaic Company | MOS | NYSE | USD | 27.06 | 8,595.0 | 7.6 | -12.3 | 12.0 | 14.29 | 3.3 | 3.3 | 19.7 |
| The Scotts Miracle-Gro Company | SMG | NYSE | USD | 69.26 | 3,979.0 | 4.0 | 20.6 | NM | N/A | 3.8 | 5.5 | 119.2 |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available; NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500

**CFRA**

# FMC Corporation

---

### Analyst Research Notes and other Company News

**February 05, 2025**
11:56 PM ET... CFRA Maintains Sell Opinion on Shares of FMC Corporation (FMC 35.92**):
We cut our 12-month target by $14 to $32, on an EV/EBITDA of 8.4x our 2025 EBITDA estimate, below its three-year avg. of 11.4x. We cut our 2025 EPS view by $1.43 to $3.17 and set 2026 at $3.98. FMC posts Q4 adj. EPS of $1.79 vs. $1.07, beating our estimate of $1.76 and consensus of $1.60. We think FMC poses significant risk to investors, with active lawsuits over misleading practices adding to our conviction. Largely beginning in Q1 2023, several indicators suggest a high likelihood of earnings manipulation. Additionally, accrued customer rebates and advance payments from customers as a percentage of sales sharply rose in 2021-2024, averaging 21% vs. 15.5% in the prior 10 years, consistent with "channel stuffing" practices. For the third time since June 2023, FMC's lenders have agreed to amend its debt covenant, extending the deadline from 9/30/2025 to 12/31/2027, in which leverage is capped at 3.75x. If not for the prior amendments, FMC would have been in violation of previous leverage caps in Q2 and Q4 2023. / Devyn DeLange

**January 16, 2025**
10:21 AM ET... CFRA Downgrades Opinion on Shares of FMC Corporation to Sell from Hold [FMC 53.37**]:
We cut our 12-month target by $24 to $46, on an EV/EBITDA of 8.4x our 2025 EBITDA estimate, a discount to its three-year average forward EV/EBITDA of 11.4x. We lift our 2024 EPS estimate by $0.17 to $3.44 and trim 2025's by $0.11 to $4.60. Our downgrade is partly driven by concerns over leadership. Four of eight executives assumed their roles in the last year [six of eight in the last two years] and we note the lack of clarity following the sudden departure of CEO Mark Douglas in June 2024. Elevated debt balances also drive our downgrade. FMC is subject to a debt leverage covenant that incrementally steps down to 3.75x in Q3 2025. We believe a dividend cut may be possible if FMC cannot sufficiently increase the leverage numerator (EBITDA), decrease the denominator [net debt], or some combination of both. Debt repayments and dividends are paid via FCF. Thus, in the event of a low numerator, FMC may be forced to cut its dividend if there isn't enough leftover FCF after paying down debt to reduce the denominator. / Devyn DeLange

**October 29, 2024**
05:20 PM ET... CFRA Maintains Hold Opinion on Shares of FMC Corporation [FMC 60.18***]:
We hold our target price at $70, 12.0x our 2025 EBITDA view, in line to the three-year forward EV/EBITDA average. We keep our 2024 EPS estimate unchanged at $3.27 and reduce 2025's to $4.71 from $4.88. Q3 adj-EPS of $0.69 beat by $0.16 on revenue of $1.07B, exceeding expectations by $30M. Revenue rose 9% Y/Y driven by strong volume increases of 17% but partially offset by pricing pressures [-5%]. The company saw significant improvement in profitability, with adj-EBITDA rising 15% to $201M [margin of 18.9% vs. 17.8%]. Regional performance varied considerably, with North America showing robust growth of 48% and Latin America up 8%, while Asia and EMEA experienced declines of 10% and 7%, respectively. Despite the positive Q3 results, we believe persistent challenging market conditions in some countries and ongoing pricing pressures, particularly in key markets like Brazil and Argentina, continue to pose headwinds near term. We like FMC's focus on new products, which should have a positive impact on volume growth. / Caydee Blankenship

**August 01, 2024**
02:32 PM ET... CFRA Reiterates Hold Rating on Shares of FMC Corporation [FMC 64.19***]:
We raise our target by $10 to $70, 11.5x our 2025 EBITDA view [$1.12B], in line with its three-year EV/EBITDA average. We believe that demand is recovering, as evidenced by volume growth across multiple regions during the quarter. However, the demand recovery has been a bit more sluggish than we would have hoped for. Accordingly, we decrease our 2024 EPS view to $3.27 from $3.82 and 2025's to $4.88 from $4.96. In our view, this valuation is warranted given the crop protection market improvement and new product launches. We still remain wary of execution risks under a new CEO – the call did not mention succession plans [see previous note on June 11]. Q2 adj-EPS of $0.63 beat by $0.08 on revenue of $1.04B [+2% Y/Y], topping expectations by $10M. It was a mixed quarter with volume +14%, but pricing -10%. North America [+24%] and LATAM [+14%] led the way with volume growth and modest price declines. Softer results were seen in EMEA [-3%] and Asia [-28%] on lower volumes in UK/India as well as pricing pressures. / Caydee Blankenship

**June 11, 2024**
01:33 PM ET... CFRA Keeps Hold Recommendation on Shares of FMC Corporation [FMC 56.78***]:
We lower our 12-month target price by $5 to $60, 10.0x our 2025 EBITDA view of $1.2 billion, a discount to its three-year EV/EBITDA average of 12.0x, reflecting volume reductions and pricing pressures in the crop protection market. We keep our 2024 EPS estimate at $3.82 and 2025's at $4.96; our respective revenue forecasts are $4.5 billion [+1%] and $4.9 billion [+8%]. FMC announced a leadership shake-up by appointing Pierre Brondeau to be CEO. He succeeds Mark Douglas, who stepped down as CEO, effective immediately. With the unexpected CEO change, we think Brondeau's prior experience leading the firm as chairman and CEO from 2010 until his retirement in June 2020 should be a stable influence [shares were +4% midafternoon]. During his tenure, he helped deliver a 325% total shareholder return. We think it will be critical for FMC to provide clarity around the circumstances of the transition and whether Brondeau plans to change the company's focus/strategy. Succession plans are still top of mind for investors. / Caydee Blankenship

**May 07, 2024**
05:26 PM ET... CFRA Retains Hold View on Shares of FMC Corporation [FMC 66.75***]:
We keep our target at $65, which values FMC at an EV/EBITDA of 10.9x our 2025 EBITDA estimate, a discount to FMC's three-year average and vs. peers' current trading multiple given unfavorable inventory management across all regions. We maintain our 2024 EPS outlook at $3.82 and our 2025 EPS forecast at $4.96. FMC posted Q1 adj-EPS of $0.36 vs. $1.77, $0.02 above consensus, despite a top-line miss of $89M. Revenues of $918M fell 32% Y/Y impacted by a 27% volume decline and a 4% pricing headwind. By region, sales fell 48% in North America, 29% in Asia, 20% in Latin America, and 20% in EMEA. Adj-EBITDA dropped 56% to $161M as a result of lower volumes and delayed purchases, representing a margin of 17.5% [vs. 26.9%]. Our outlook remains neutral as we anticipate destocking activity to ease going into 2025, alongside continued success with new product rollouts for FMC. Consequently, we see revenues increasing 1% in 2024 to $4.5B and 9% in 2025 to $4.9B. We forecast EBITDA to notch $980M in 2024 and $1.1B in 2025. / Caydee Blankenship

**March 08, 2024**
03:23 PM ET... CFRA Reiterates Hold Recommendation on Shares of FMC Corporation [FMC 63.22***]:
Shares of FMC are up ~18% since the release of Q4 earnings [February 6]. While only a few weeks have passed since FMC's earning release, the company announced two major strategic initiatives: 1] reducing its workforce by 8% and 2] exploring the possibility of selling its Global Specialty Solutions business. In our view, both undertakings would help to cut costs [projected annual cost savings of $135 million-$155 million], improve profitability, and streamline operations, with a majority of the savings realized by the end of 2025. Accordingly, we estimate EBITDA to reach $1.2 billion in 2025, with margins of 21.1% in 2024 and 24.3% in 2025, compared to 21.8% in 2023. We raise our 12-month target price to $65 from $52, 10.0x our 2025 EBITDA estimate, a discount to FMC's three-year forward EV/EBITDA average based on our view that FMC lacks efficient inventory management, primarily in significant regions such as Brazil and India. We keep our 2024 EPS estimate at $3.82 but increase 2025's to $4.96 from $4.01. / Caydee Blankenship

---

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time indicated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500

**CFRA**

# FMC Corporation

## Analysts Recommendations



| | No. of Recommendations | % of Total | 1 Mo.Prior | 3 Mos.Prior |
|---|---|---|---|---|
| Buy | 7 | 35 | 7 | 7 |
| Buy/Hold | 2 | 10 | 2 | 1 |
| Hold | 10 | 50 | 10 | 10 |
| Weak hold | 0 | 0 | 0 | 1 |
| Sell | 0 | 0 | 0 | 0 |
| No Opinion | 1 | 5 | 1 | 1 |
| Total | 20 | 100 | 20 | 20 |

### Wall Street Consensus Opinion

**Buy/Hold**

### Wall Street Consensus vs. Performance

For fiscal year 2024, analysts estimate that FMC will earn USD 3.30. For fiscal year 2025, analysts estimate that FMC's earnings per share will grow by 31.92% to USD 4.36.

## Wall Street Consensus Estimates



| Fiscal Year | Avg Est. | High Est. | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2025 | 4.36 | 4.79 | 3.77 | 18 | 12.60 |
| 2024 | 3.30 | 3.43 | 3.15 | 18 | 16.63 |
| **2025 vs. 2024** | ▲ 32% | ▲ 40% | ▲ 20% | N/A% | ▼ -24% |
| | | | | | |
| Q4'25 | 1.68 | 1.79 | 1.52 | 7 | 32.77 |
| Q4'24 | 1.60 | 1.67 | 1.46 | 14 | 34.23 |
| **Q4'25 vs. Q4'24** | ▲ 4% | ▲ 7% | ▲ 4% | ▼ -50% | ▼ -4% |

Forecasts are not reliable indicator of future performance.

Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.

**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

Stock Report | **February 06, 2025** | NYSESymbol: **FMC** | **FMC** is in the S&P 500

# FMC Corporation

## Glossary

### STARS

Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs (American Depositary Receipts), and ADSs (American Depositary Shares) based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS (Stock Appreciation Ranking System), equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark [e.g., a regional index (MSCI AC Asia Pacific Index, MSCI AC Europe Index or S&P 500® Index)], based on a 12-month time horizon. STARS was designed to help investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

### S&P Global Market Intelligence's Quality Ranking

(also known as **S&P Capital IQ Earnings & Dividend Rankings**) - Growth and stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A | Above | C | Lowest |
| B+ | Average | D | In Reorganization |
| NC | Not Ranked | | |

### EPS Estimates

CFRA's earnings per share (EPS) estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus (average) EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

### 12-Month Target Price

The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics.

### Abbreviations Used in Equity Research Reports

CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations
FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value
PEG Ratio - P/E-to-Growth Ratio
PV - Present Value
R&D - Research & Development
ROCE - Return on Capital Employed
ROE Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts (ADRs) and American Depository Shares (ADSs) are net of taxes (paid in the country of origin).**

### Qualitative Risk Assessment

Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

### STARS Ranking system and definition:

★★★★★ **5-STARS (Strong Buy):**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.

★★★★☆ **4-STARS (Buy):**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months.

★★★☆☆ **3-STARS (Hold):**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months.

★★☆☆☆ **2-STARS (Sell):**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months.

★☆☆☆☆ **1-STAR (Strong Sell):**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

### Relevant benchmarks:

In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the MSCI AC Europe Index and the MSCI AC Asia Pacific Index, respectively.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.

# FMC Corporation

**CFRA**

---

## Disclosures

Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports:**

Qualitative STARS rankings are determined and assigned by equity analysts. For reports containing STARS rankings refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports:**

Quantitative rankings are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five (six) model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative rankings refer to the Glossary section seof the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports:**

The methodologies used in STARS Stock Reports and Quantitative Stock Reports (collectively, the "Research Reports") reflect different criteria, assumptions and analytical methods and may have differing rankings. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

**STARS Stock Reports:**

Global STARS Distribution as of December 31, 2024

| Ranking | North America | Europe | Asia | Global |
|---|---|---|---|---|
| Buy | 40.8% | 37.5% | 44.9% | 41.0% |
| Hold | 47.9% | 51.5% | 43.0% | 47.5% |
| Sell | 11.3% | 11.0% | 12.1% | 11.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

**Analyst Certification:**

**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analysts' or CFRA's compensation was, is, or will be directly or indirectly related to the specific rankings or views expressed in any Stock Report.**

**About CFRA Equity Research:**

This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"), with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ("CFRA UK"), which is regulated by the Financial Conduct Authority (No. 775151), and in Malaysia by CFRA MY Sdn Bhd (Company No. 683377-A) ("CFRA Malaysia"), which is regulated by Securities Commission Malaysia, (No. CMSL/A0181/2007) under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

Where Research Reports are made available in a language other than English and in the case of inconsistencies between the English and translated versions of a Research Report, the English version will control and supersede any ambiguities between such versions. Neither CFRA nor its affiliates guarantee the accuracy of any translation.

The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content in this Research Report may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA, or used for any unlawful or unauthorized purposes. Neither CFRA nor its third-party providers, as well as its/their directors, officers, shareholders, employees or agents, guarantee the accuracy, completeness, timeliness or availability of the content herein

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Statements in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on anything in this report, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice. CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any particular viewpoint or rating. Additional information on a subject company may be available upon request.

CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.

The Global Industry Classification Standard (GICS®) was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notices**

Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries (collectively "S&P Global"). Such information is subject to the following disclaimers and notices: "Copyright © 2025, S&P Global Market Intelligence (and its affiliates as applicable). All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

---

# FMC Corporation

CFRA's Research Reports may be distributed in certain localities, countries and/or jurisdictions by independent third parties or independent intermediaries and/or distributors ["Intermediaries"]. Intermediaries are not acting as agents or representatives of CFRA. In territories where an Intermediary distributes CFRA's Research Reports, the Intermediary, and not CFRA, is solely responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory authorities, including laws in connection with the distribution of third party research reports, licensing requirements, supervisory and record keeping obligations that the Intermediary may have under the applicable laws and regulations of the territories where it distributes the Research Reports.

**For residents of the European Union/European Economic Area:**
Research reports are originally distributed by CFRA UK Limited [company number 08456139 registered in England & Wales with its registered office address at New Derwent House, 69-73 Theobalds Road, London, WC1X 8TA, United Kingdom]. CFRA UK Limited is regulated by the UK Financial Conduct Authority [No. 775151].

**For residents of Malaysia:**
Research reports are originally produced and distributed by CFRA MY Sdn Bhd [Company No. 683377-A] ["CFRA Malaysia"], a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia [License No. CMSL/A0181/2007].

**For Recipients in Canada:**
This report is not prepared subject to Canadian disclosure requirements and may not be suitable for Canadian investors.

**For residents of Singapore:**
This Research Report is distributed by CFRA UK Limited to its clients in Singapore who hold a financial advisers licence or is a person exempt from holding such licence ["SG Intermediary"]. Recipients of this Research Report in Singapore should contact the SG Intermediary in respect to any matters arising from, or in connection with, the analysis in this report, including without limitation, whether the Research Report is suitable based on said recipients' profile and objectives. Where the recipient is not an accredited, expert or institutional investor as defined by the Securities and Futures Act, the SG Intermediary accepts legal responsibility for the contents of this Research Report in accordance with applicable law. This Research Report is intended for general circulation and no advice or recommendation is made herein or by CFRA to any particular person. CFRA does not assume any responsibility to advise on whether any particular product is suitable for any person, and the analysis herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person, and should not be relied upon for any investment decision.

**For residents of all other countries:**
Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.
Copyright © 2025 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2025 CFRA.                                                                                              9