Exhibit 27

# Thematic Research

**Thematic industry research based on proprietary analytics from CFRA**



Devyn DeLange (646) 421-6738
cservices@cfraresearch.com

# FMC Corporation: Fundamental Deterioration Masked by Aggressive Financial Practices

## Key Takeaways

- **FMC Corporation (FMC)** faces significant investor risk due to leadership instability, patent expirations, and deteriorating financial metrics.
- Multiple indicators suggest aggressive revenue recognition practices and potential financial manipulation.
- The leadership exodus coincides with mounting operational challenges and securities fraud allegations.
- Debt covenant amendments and expanded financing mechanisms signal financial distress.
- The patent cliff on key products has accelerated competitive position erosion across major markets.
- In contrast, **Corteva (CTVA)** significantly outperformed FMC in the post-pandemic agricultural market through superior operational discipline, maintaining stable revenues, and expanding margins.
- CTVA's financial strength (negative leverage, cash surplus, efficient collections) compares sharply with FMC's concerning metrics (high debt, cash deficit, extended payment periods), highlighting fundamental differences in business execution.

| Positive (+) or Negative (-) Implications |
| --- |
| **(+) Corteva, Inc. (CTVA)** |
| **(-) FMC Corporation (FMC)** |

## Fundamental Context

**We think that FMC poses significant risk to investors.** This is due to a concerning combination of leadership instability, deteriorating competitive position, and increasingly strained financial metrics that suggest deeper operational issues than currently reflected in the stock price. Our analysis indicates that these challenges are not temporary setbacks but rather symptoms of fundamental business deterioration that will likely lead to significant shareholder value destruction.

Multiple indicators suggest aggressive revenue recognition practices and potential financial manipulation, while expanded financing mechanisms and repeated debt covenant amendments signal growing financial distress.

The fundamental deterioration of FMC's business position stems from the expiration of composition of matter patents for key products – Rynaxypyr in most countries as of August 2022 and Cyazypyr beginning January 2024.

**Despite management's public assurances about strong patent protection, the company lost several key legal battles in major markets in 2022-2023.** These losses allowed generic competitors to enter with substantially lower-priced products, undermining FMC's market position. This patent cliff created significant pressure on management to maintain the appearance of stable business performance, potentially motivating the financial reporting issues detailed in our analysis.

Our analysis identified concerning trends prior to a dramatic 33.5% stock price plunge on February 5, 2025. On January 16, 2025, we downgraded FMC to Sell from Hold, highlighting several critical risks:

- Leadership instability with four new executives out of eight within the past year
- Covenant compliance risk with a 3.75x leverage step-down, which is expected to occur in Q3 2025
- Potential dividend cuts due to restricted free cash flow

Following the February 5, 2025 selloff, we maintained our Sell rating while cutting our target to $32. Our analysis identified several indicators suggesting earnings manipulation beginning in Q1 2023, particularly the elevation of customer rebates and advance payments to 21% of sales versus a historical average of 15.5%. The company had already required three covenant amendments since June 2023, validating our earlier concerns. Q1 2025 results confirmed the deteriorating fundamentals we identified:

- Revenue declined 14% year-over-year to $791 million
- Adjusted EBITDA fell 25% to $120 million
- Operating cash flow worsened to -$54 million from -$143 million in Q1 2024

These continuing negative trends led to our May 2, 2025 downgrade to Strong Sell, with a further target cut to $31. Key metrics continued to deteriorate:

- Days sales outstanding (DSO) increased to 253 days from 242 days
- Accounts receivable-to-revenue ratio rose to 70.0% from 68.4%
- Leverage ratio expanded to 4.77x from 3.72x

This progression of events has reinforced our view that FMC's challenges represent fundamental business deterioration rather than temporary setbacks. The detailed analysis that follows builds upon these early warning signals.

## Legal Challenges and Leadership Instability

**Two major securities class actions challenge FMC Corporation: The Heeg case (filed November 2023, consolidated as *In re FMC Corporation Securities Litigation*) and the Mohammed case (filed February 2025).** These lawsuits allege a systematic fraud scheme from 2022 to 2025, during which FMC allegedly manipulated financial metrics, concealed competitive threats, misrepresented inventory levels, and issued false guidance despite knowing of business deterioration.

The legal proceedings draw on testimony from 19 former employees across regions and organizational levels. These witnesses describe a significant disconnect between public statements and internal reality, notably exemplified by CEO Douglas's February 9, 2022 assurance of "very, very strong demand" and "zero concern" about channel inventories. The company's enterprise resource planning (ERP) system, implemented in July 2020, allegedly provided management with full visibility into inventory and sales trends, making claims of unawareness implausible.

Court documents reveal more severe legal setbacks than publicly disclosed:

- India: Delhi High Court found FMC "guilty of suppressing material facts" in the Natco Pharma case
- China: Intellectual property authority invalidated key process patents
- Brazil: Court orders enabled generic competitor review

The market responded with six significant stock price drops:

- May 2023: -5.93%
- July 2023: -11.15%
- September 2023: -7.41%
- October 2023: -16.19%
- Late October 2023: -8.21%
- February 5, 2025: -33.5% (an $18.12 drop to $35.92)

While the Heeg litigation (led by Ruth Asset Management AB) covers February 2022 through October 2023, the Mohammed action extends through February 2025, suggesting potentially undiscovered issues.

**CEO Mark Douglas's sudden departure in June 2024 came amid converging challenges**. Patent expiration, rising generic competition, deteriorating cash flows, and increased reliance on financing mechanisms were the primary issues. The subsequent appointment of a new President, Chief Marketing Officer, and Supply Chain head suggests structural rather than routine changes.

Court documents allege systematic removal of dissenting employees:

- General Manager in the Philippines: Forced resignation after questioning unrealistic sales targets
- Regional Manager Bob Trogele: Forced resignation after challenging aggressive sales quotas
- Market Manager Olivier Ryckeboer: Terminated after opposing unsustainable pricing strategy

By mid-2022, according to the lawsuits, channels were "exploding" with excess inventory, while management continued to push what employees termed "crazy" sales targets, highlighting the growing divide between public statements and internal conditions.

## Financial Analysis and Red Flags

**The Beneish M-score, a mathematical model designed to detect financial statement manipulation, revealed a systematic deterioration in FMC's financial reporting quality leading up to the leadership changes.** The model flags scores above -1.78 as indicating an elevated probability of earnings manipulation (3.8% likelihood). FMC's M-score reached concerning levels multiple times in 2023-2024, hitting -1.81 (3.5% likelihood of manipulation) in Q4 2023 before worsening to the critical threshold of -1.78 (3.8% likelihood) in Q3 2024. These elevated risk levels marked a significant departure from historical norms, as the score had consistently remained below -2.20 in prior years, suggesting potential earnings manipulation coinciding with the period covered by both class action lawsuits. (We note that the Beneish M-score is a probabilistic model, so it cannot detect companies that manipulate their earnings with 100% accuracy.)

**Figure 1: Beneish Model Analysis – FMC's Deteriorating Reporting Quality**



Source: CFRA, S&P Global Market Intelligence.

---

**Individual components of the M-score provide deeper insight into specific areas of deterioration.** The Days Sales Receivable (DSR) index, which measures changes in the relationship between receivables and sales, showed a concerning upward trend, rising from 0.97 in Q4 2022 to 1.34 in Q3 2024. This increase above 1.0 indicates receivables as a percentage of sales grew substantially, potentially signaling inappropriate revenue recognition practices. Meanwhile, the Sales Growth Index (SGI), which tracks sales relative to the previous year and can indicate pressure to maintain growth perceptions, revealed severe deterioration in fundamental business performance, falling from 1.15 in Q4 2022 to as low as 0.70 in Q1 2024. This dramatic decline in sales growth, coupled with other concerning metrics like accruals quality and leverage changes, created significant pressure on management to manipulate financial statements to maintain the appearance of stability, precisely the behavior alleged in both the Heeg and Mohammed class action complaints.

**Through our analysis, we have identified several red flags indicative of "channel stuffing," a practice of enticing customers to order products that they may not otherwise order in advance.** The overall effect of channel stuffing inflates revenues in the current period by pulling forward future sales, which could eventually lead to decreased demand as inventory channels become flooded with product. Red flags related to channel stuffing include significant increases in customer incentives, receivables increasing faster than revenue, significant differences between net income and cash flows from operations, and increasing DSO over time or a high DSO relative to peers.

### Figure 2: FMC vs. Peers Days Sales Outstanding



Source: S&P Global Market Intelligence.

The company's DSO has more than doubled from 107 days in 2011 to 242 days in 2024, and further deteriorated to 253 days in Q1 2025, far exceeding industry norms. This extension of collection periods stands in stark contrast to industry peers and raises serious questions about the quality of reported revenues. Its accounts receivable to revenue ratio reached 70.4% in Q1 2025, up from 68.4% in 2024, dramatically surpassing peer ratios of 9.5%-43.3%, suggesting potential channel stuffing or aggressive revenue recognition practices.

**The allegations in legal filings provide additional context to these metrics.** According to court documents, former employees testified that during 2021-2022, distributors engaged in "double-ordering" due to

pandemic supply chain fears, while customers were "hoarding" products in a manner one employee likened to "toilet paper" stockpiling. This behavior reportedly led to severely "saturated" channel inventories, potentially explaining the dramatic increase in DSO and accounts receivable to revenue ratio observed in the financial data.

**Figure 3: FMC DSO and Customer Incentives**



Source: Company filings, S&P Global Market Intelligence.

Evidence of potential channel stuffing is further supported by the sharp increase in customer incentives, with accrued rebates and advance payments averaging 21% of revenue in 2021-2024 compared to 15.5% in the prior decade. This dramatic increase suggests FMC may be pulling forward future sales through aggressive incentive programs, potentially masking underlying demand weakness.

**Figure 4: Cash Flow from Operations vs. Net Income (in $ millions)**



Source: S&P Global Market Intelligence.

**Another concerning indicator of financial reporting quality issues lies in the relationship between reported earnings and operating cash flow.** In terms of analyzing the quality of cash flow reporting, operating cash flow is generally less susceptible to manipulation than net income, with large differences potentially signifying manipulation. Figure 4 demonstrates that the divergence between last-12-month (LTM) net income and LTM cash flow from operations begins in Q1 2022, with the spread widening until its peak in Q4 2023. The timing of this divergence points to a leading indication of declines in future period sales, with revenue starting its steep drop in Q2 2023. This severe divergence between cash and accrual earnings raises significant concerns about earnings quality and sustainability.

Legal proceedings cite testimony from former employees claiming the period of overbuying reflects what insiders recognized as an unsustainable "bubble" in sales numbers created during the pandemic. According to court documents, "everyone at FMC, including the top management in the U.S., was aware that this was a 'bubble' caused by the pandemic, and that it was a short-term spike that would not last." This context helps explain why the divergence between reported earnings and operating cash flow became increasingly pronounced beginning in early 2022.

## Balance Sheet Deterioration and Liquidity Concerns

**Working capital management shows clear signs of stress and potential manipulation.** The company's expanded use of supply chain financing increased dramatically from $71.9 million as of December 31, 2023 to $227.4 million as of December 31, 2024 (2022 data not available). Similarly, FMC's two receivables factoring programs have significantly increased following the inception of the programs in Q3 2022, with receivables factoring increasing by 86% from $163 million in 2022 to $303.3 million in 2023, with a 4% increase in 2024 to $315.9 million. The costs involved with these programs were $11.0 million, $11.9 million, and $18.2 million in 2022, 2023, and 2024, respectively. These financing arrangements appear increasingly necessary to maintain the appearance of normal business operations, even as underlying fundamentals deteriorate.

**Figure 5: Debt Covenant Analysis**



| | Mar-23 | Jun-23 | Sep-23 | Dec-23 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | Mar-25 |
|---|---|---|---|---|---|---|---|---|---|
| Net Debt (in $ millions) | $3,718 | $3,741 | $3,792 | $3,655 | $3,918 | $3,708 | $3,653 | $3,008 | $3,688 |
| LTM Adjusted EBITDA (in $ millions) | $1,414 | $1,242 | $1,156 | $978 | $777 | $791 | $818 | $903 | $862 |
| Actual Leverage Ratio | 3.08X | 3.55X | 3.80X | 4.17X | 5.71X | 5.35X | 4.96X | 3.72X | 4.77X |
| Previous Maximum Leverage Covenant | 3.50X | 3.50X | 4.00X | 4.00X | 6.50X | 6.50X | 6.50X | 6.00X | 5.00X |
| Revised/Current Maximum Leverage Covenant | 3.50X | 4.00X | 4.00X | 6.50X | 6.50X | 6.50X | 6.00X | 5.00X | 5.25X |

Source: Company filings, S&P Global Market Intelligence.

**FMC's deteriorating financial position is evident in its mounting debt burden and repeated need for lender accommodations.** FMC's leverage ratio has risen to 4.77x, up significantly from 3.72x in Q4 2024. The company has required three covenant amendments since 2023 to avoid violations, with limits being repeatedly raised from 3.5x to the current 5.25x. These frequent amendments, along with continued restrictions on share buybacks and rising net debt ($3.69 billion from $3.01 billion), indicate ongoing concerns about FMC's financial stability.

## Operational Restructuring Concerns

**The operational restructuring detailed in Project Focus deserves particular scrutiny in the context of financial reporting quality.** During 2024, FMC incurred substantial charges, including $132.1 million in contract abandonment charges related to the supply chain footprint evaluation, $53.3 million in non-cash asset write-offs, $55.8 million in severance and employee separation costs, $31.0 million for professional service provider fees, $20.5 million in accelerated depreciation for assets marked for disposal, and $13.2 million in asset impairment charges. These significant expenses – totaling over $305 million – suggest possible "big bath" accounting, where current period charges may include expenses that should have been recognized in prior periods. The timing of these charges, coinciding with management turnover and deteriorating metrics throughout 2024, raises serious questions about the quality of previous period reporting.

**The timing of these substantial charges gains additional context from legal filings that highlight FMC's sophisticated internal control systems.** Court documents reference the company's ERP system, implemented in July 2020, which allegedly provided management with comprehensive, real-time visibility into operations across all global regions. According to testimony cited in the lawsuits, this system tracked everything from sales and inventory to forecasting and pricing, raising questions about why significant operational issues requiring restructuring weren't addressed earlier.

## Comparison to Competitors in the Fertilizers & Agricultural Chemicals Sub-industry

**Corteva, Inc. (CTVA) serves as FMC's primary competitor due to their shared specialization in proprietary crop protection products**, which is a niche requiring continuous R&D investment, robust patent management, and direct technical engagement with farmers. Unlike CF Industries (CF), Mosaic (MOS), and Nutrien (NTR), whose fertilizer-centric models prioritize bulk production and logistical scale, CTVA and FMC compete through innovation-driven solutions tailored to specific pests, crops, and regulatory environments. Their success hinges on cultivating farmer trust via agronomic support and educational outreach, a dynamic less central to fertilizer producers focused on cost efficiency and raw material procurement. While CTVA leverages its integrated seed-and-chemical platform to create cross-selling opportunities and loyalty, FMC's narrower focus on insecticides/herbicides/fungicides leaves it more exposed to substitution risks. The fertilizer trio, meanwhile, navigates distinct challenges such as geopolitical trade policies and environmental compliance, factors that remain peripheral to crop protection specialists.

**Corteva (CTVA) and FMC Corporation charted starkly different courses through the post-pandemic agricultural cycle, with CTVA demonstrating superior operational control.** Both companies benefited from COVID-era tailwinds – CTVA's sales rose 11.3% in 2022 versus FMC's 15.0% surge – but their normalization phases diverged radically. CTVA's disciplined approach yielded modest declines of 1.3% in 2023 and 1.8% in 2024, translating to a stable 2.5% three-year CAGR (2021-2024). In contrast, FMC collapsed with a 22.7% revenue plunge in 2023 followed by another 5.4% drop in 2024, resulting in a destructive -5.6% CAGR. Profitability metrics magnify this divergence: CTVA grew adjusted EBITDA by 25.2% in 2022, sustained with 4.9% growth in 2023 and flat performance in 2024 (9.4% three-year CAGR), while FMC's 6.3% 2022 EBITDA gain evaporated into a 30.5% 2023 crash and 7.7% 2024 decline (-12.0% CAGR). Margin trends

proved equally telling — CTVA expanded adjusted EBITDA margins in each year, from 16.4% (2021) to 20.0% (2024), while FMC's collapsed in each year, from 26.2% to 21.3%. Financial health further separates the companies: CTVA's negative leverage ratio (cash exceeding debt) and $600M cumulative operating cash flow surplus starkly contrast with FMC's 4.77x Debt/EBITDA and $595M cash deficit. Operational rigor is evident in CTVA's 90-day average DSO (2022-2024) and 0.5% Beneish manipulation risk versus FMC's 213-day DSO and 1.9% manipulation likelihood — a chasm in business practices.

**Table 1: Competitors**

| 2022-2024 (Annual Data) | FMC | CTVA | CF | MOS | NTR | Average |
|---|---|---|---|---|---|---|
| **Average Beneish Model Manipulation Likelihood** | 1.9% | 0.5% | 0.5% | 0.6% | 0.5% | 0.8% |
| **Average Net Debt/Adjusted EBITDA** | 3.0x | -0.2x | 0.3x | 1.2x | 1.7x | 1.2x |
| **Three-year Revenue CAGR** | -5.6% | 2.5% | -3.2% | -3.4% | -2.3% | -2.4% |
| **Three-year Adjusted EBITDA CAGR** | -12.0% | 9.4% | -5.9% | -15.0% | -9.1% | -6.5% |
| **Average Days Sales Outstanding** | 213 | 90 | 23 | 33 | 62 | 84 |
| **Average Cash Flow from Operations – Net Income from Continuing Operations (in $ millions)** | -$594.63 | $600.33 | $931.33 | $906.53 | $2,373.00 | $843.31 |

Source: CFRA, S&P Global Market Intelligence.

# Conclusion

**Our analysis reveals a company facing fundamental deterioration across multiple dimensions: competitive position, financial metrics, and operational performance.** The combination of patent cliffs, leadership instability, aggressive financial practices, and mounting legal challenges suggests significant risk to shareholder value. While legal proceedings allege systematic fraud, our independent financial analysis indicates serious concerns about FMC's business trajectory and financial reporting quality. The evidence suggests these are not temporary setbacks but rather symptoms of fundamental business deterioration that could lead to significant shareholder value destruction.

The timing and nature of the leadership changes, following multiple corrective disclosures and amid mounting operational challenges, suggests deeper organizational issues rather than routine succession. Meanwhile, the expanding divergence between reported earnings and cash flows, coupled with deteriorating financial metrics and repeated covenant amendments, points to a company struggling to maintain the appearance of stability while facing severe underlying business challenges.

# 2025 Q1 Analysis and Forward-Looking Implications

**2024 guidance missed and accounting pressures contributed to our forecasts.** Our skepticism toward FMC management's forecasting ability, evidenced by the significant variance between 2024 guidance and actual results, leads us to expect another year of missed targets in 2025. We project revenue to decline 7.6% year-over-year, driven by continued pricing pressure from generic competition, documented channel inventory buildup requiring normalization, and concerning revenue recognition practices evidenced by dramatically elevated DSO and accounts receivable ratios that significantly exceed industry norms. Our adjusted EPS forecast of $3.17 (-8.9% year-over-year) and adjusted EBITDA projection of $843 million

(-6.6%) reflect margin pressure from increasing financing costs, with expanded supply chain financing and receivables factoring suggesting underlying cash flow stress. Q1 2025 results, showing revenue down 14% and adjusted EBITDA down 25%, along with confirmed headwinds, including incremental tariff costs of $15 million-$20 million and ongoing foreign exchange pressures, further support our view that management's guidance remains overly optimistic and disconnected from operational realities.

**FMC's first-quarter 2025 results highlight concerning operational trends despite meeting the higher end of guidance.** Revenue declined 14% year-over-year to $791 million, while adjusted EBITDA fell 25% to $120 million. Most notably, adjusted EPS dropped 50% to $0.18, reflecting significant margin pressure and operational challenges. The revenue decline was driven by multiple documented factors – a 9% price decrease (primarily from cost-plus contract adjustments with diamide partners), a 4% foreign currency headwind, and a 1% volume decline. While management highlights Plant Health's 1% growth, this segment represents a relatively small portion of overall revenues and cannot offset broader portfolio weaknesses.

**Regional performance data raises concerns about market position.** North America, a key market, saw a 28% revenue decline due to delayed purchases and trade impacts. While Latin America grew 10% (17% excluding currency), this growth was primarily concentrated in Brazilian cotton sales rather than broad-based expansion. Asia's 24% decline and EMEA's 11% decrease were attributed to channel destocking and regulatory challenges, including the loss of triflusulfuron registration in EMEA.

**Forward guidance suggests continued weakness across key metrics.** For Q2 2025, management projects continued year-over-year declines, with revenue of $940 million to $1.1 billion (-2% at midpoint), adjusted EBITDA of $175 million to $205 million (-6%), and adjusted EPS of $0.52 to $0.68 (-5%). Despite these near-term headwinds, full-year guidance remains unchanged, heavily reliant on second-half improvements. The company's projected second-half recovery assumes 7% revenue growth and 11% adjusted EBITDA growth compared to 2H 2024. However, several documented challenges could impede this recovery, including confirmed incremental tariff costs of $15 million to $20 million, ongoing foreign exchange headwinds, a continued need for channel inventory normalization, and competitive pricing pressures evidenced by Q1's 9% price decline.

**Management's optimistic outlook appears increasingly disconnected from operational realities.** While management maintains an optimistic outlook, the combination of declining margins, negative cash flows, and continued pricing pressure in Q1 2025 suggests more fundamental challenges. The expected second-half recovery requires significant execution amid headwinds that are clearly reflected in current results.

## Relative Performance



Source: S&P Global Market Intelligence (May 28, 2020 to May 27, 2025).

**Table 2: Timeline**

| Date | Event | Category |
|---|---|---|
| 1-Nov-17 | FMC acquires Diamide insecticides from DuPont for over $1 billion | Acquisition |
| Jul-20 | SAP enterprise resource planning system fully implemented | Operational |
| 2021-2022 | COVID-19 leads to "double-ordering" and inventory stockpiling | Market Condition |
| 9-Feb-22 | CEO Douglas assured investors of "very strong demand" and "zero concern" about channel inventories | Public Statement |
| Early 2022 | Beginning of significant divergence between earnings and cash flow | Financial Metric |
| Aug-22 | Rynaxypyr composition of matter patents expired in most countries | Patent Expiration |
| Sep-22 | FMC loses patent case against Natco Pharma in India | Legal Issue |
| Sep-22 | China National Intellectual Property Administration rules FMC's process patents invalid | Legal Issue |
| 30-Sep-22 (Q3) | Inception of receivables factoring programs ($163M in 2022) | Financial Action |
| Nov-22 | FMC loses patent case to GSP Crop Science in India | Legal Issue |
| 31-Mar-23 | Seva Rostovtsev appointed CTO | Leadership Change |
| 9-May-23 | CFO Sandifer claims "no legal competitors" for Rynaxypyr globally | Public Statement |
| 30-Jun-23 (Q2) | First covenant amendment to increase leverage from 3.5x to 4x | Financial Action |
| 25-Sep-23 | Jacqueline Scanlan appointed Executive VP & Chief HR Officer | Leadership Change |
| 9-Nov-23 | Heeg case filed (In re FMC Corporation Securities Litigation) | Legal Issue |
| 15-Dec-23 | Project Focus announced ($375-425 million total cost) | Operational |
| 31-Dec-23 (Q4) | Second covenant amendment to increase leverage to 6.5x through June 2024 | Financial Action |
| 31-Dec-23 (Q4) | Introduced restrictions on share repurchases | Financial Action |
| 31-Dec-23 (Q4) | Supply chain financing at $71.9 million | Financial Metric |
| 31-Dec-23 (Q4) | Receivables factoring increased by 86% to $303.3M | Financial Metric |
| 31-Dec-23 (Q4) | M-score reached concerning level of -1.81 (3.5% likelihood of manipulation) | Financial Metric |
| Jan-24 | Cyazypyr composition of matter patents began expiring | Patent Expiration |
| Feb-24 | Seva Rostovtsev promoted to Executive VP (and CTO) | Leadership Change |
| May-24 | Brian P. Angeli appointed Executive VP & Chief Marketing Officer | Leadership Change |
| 11-Jun-24 | CEO Mark Douglas departed; Pierre R. Brondeau appointed CEO | Leadership Change |
| 11-Jun-24 | Ronaldo Pereira appointed President | Leadership Change |
| Jul-24 | Thaisa Hugenneyer appointed EVP of Integrated Supply Chain | Leadership Change |
| 30-Sep-24 (Q3) | M-score deteriorated to critical threshold of -1.78 (3.8% likelihood of manipulation) | Financial Metric |
| 31-Dec-24 (Q4) | Supply chain financing increased dramatically to $227.4 million | Financial Metric |
| 16-Jan-25 | Downgraded FMC to Sell from Hold with target price of $46 | Analyst Action |
| 3-Feb-25 | Amendment No. 3 to increase maximum leverage ratio to 5.25 through Sept 2025 | Financial Action |
| 5-Feb-25 | Dramatic 33.5% stock price plunge ($18.12 drop to $35.92) | Stock Performance |
| 11-Feb-25 | Amendment No. 4 extending maturity date of credit facility to June 17, 2028 | Financial Action |
| 13-Feb-25 | Mohammed case filed against FMC | Legal Issue |
| Feb-25 | Thaisa Hugenneyer took on additional role of Chief Sustainability Officer | Leadership Change |
| 2-May-25 | Downgraded FMC to Strong Sell with target cut to $31 | Analyst Action |

# Contact CFRA

**977 Seminole Trail, PMB 230**
**Charlottesville, VA 22901-2824**
**USA**
**P: +1-800-220-0502**
**cservices@cfraresearch.com**
**www.cfraresearch.com**

**Disclosures**

Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports**

Qualitative STARS recommendations are determined and assigned by equity analysts. For reports containing STARS recommendations refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports**

Quantitative recommendations are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five (six) model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative recommendations refer to the Glossary section of the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports**

The methodologies used in STARS Stock Reports and Quantitative Stock Reports (collectively, the "Research Reports") reflect different criteria, assumptions and analytical methods and may have differing recommendations. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views or recommendations on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies, or assumptions from time to time and without notice to clients.

**Analyst Certification**

STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers. Analysts generally update stock reports at least four times each year. No part of analyst, CFRA, or its affiliates or subsidiaries compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed in a STARS Stock Report.

**About CFRA Equity Research's Distributors**

This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"), with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ("CFRA UK"), which is regulated by the Financial Conduct Authority (No. 775151), and in Malaysia by CFRA MY Sdn Bhd (Company No. 683377-A). These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

Where Research Reports are made available in a language other than English and in the case of inconsistencies between the English and translated versions of a Research Report, the English version will control and supersede any ambiguities associated with any part or section of a Research Report that has been issued in a foreign language. Neither CFRA nor its affiliates guarantee the accuracy of the translation. The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. While CFRA exercised due care in compiling this analysis, CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content (including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA. The Content shall not be used for any unlawful or unauthorized purposes. CFRA and any third-party providers, as well as their directors, officers, shareholders, employees, or agents do not guarantee the accuracy, completeness, timeliness or availability of the Content.

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance. This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Recommendations in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments, or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on any recommendation in this material, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice.

CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any recommendation or rating. Additional information on a subject company may be available upon request.

CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.

The Global Industry Classification Standard (GICS®) was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notice**

Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries (collectively "S&P Global"). Such information is subject to the following disclaimers and notices: "Copyright © 2025, S&P Global Market Intelligence (and its affiliates as applicable). All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

Certain information in this report may be provided by Securities Evaluations, Inc. ("SE"), a wholly owned subsidiary of Intercontinental Exchange. SE is a registered investment adviser with the United States Securities and Exchange Commission (SEC). SE's advisory services include evaluated pricing and model valuation of fixed income securities, derivative valuations and Odd-Lot Pricing that consists of bid- and ask-side evaluated prices for U.S. Municipal and U.S. Corporate Securities (together called valuation services). Such information is subject to the following disclaimers and notices: "No content (including credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of SE. The Content shall not be used for any unlawful or unauthorized purposes. SE and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively SE Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. SE Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. SE PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall SE Parties be liable to

any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. Credit-related and other analyses and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions. SE assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. SE's opinions and analyses do not address the suitability of any security. SE does not act as a fiduciary or an investment advisor. While SE has obtained information from sources it believes to be reliable, SE does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Valuations services are opinions and not statements of fact or recommendations to purchase, hold or sell any security or instrument, or to make any investment decisions. The information provided as part of valuations services should not be intended as an offer, promotion or solicitation for the purchase or sale of any security or other financial instrument nor should it be considered investment advice. Valuations services do not address the suitability of any security or instrument, and securities, financial instruments or strategies mentioned by SE may not be suitable for all investors. SE does not provide legal, accounting or tax advice, and clients and potential clients of valuation services should consult with an attorney and/or a tax or accounting professional regarding any specific legal, tax or accounting provision(s) applicable to their particular situations and in the countries and jurisdictions where they do business. SE has redistribution relationships that reflect evaluated pricing, derivative valuation and/or equity pricing services of other unaffiliated firms with which SE has contracted to distribute to its client base.

Pricing and data provided by these third-party firms are the responsibilities of those firms, and not SE, and are produced under those firms' methodologies, policies and procedures. Valuations services provided by SE and products containing valuations services may not be available in all countries or jurisdictions. Copyright © 2025 by Intercontinental Exchange Inc. All rights reserved."

**For residents of the European Union/European Economic Area**

Research reports are originally distributed by CFRA UK Limited (company number 08456139 registered in England & Wales with its registered office address at New Derwent House, 69-73 Theobalds Road, London, WC1X 8TA). CFRA UK Limited is regulated by the UK Financial Conduct Authority (No. 775151).

**For residents of Malaysia**

Research reports are originally produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A).

**For Residents of Singapore:**

This Research Report is distributed by CFRA UK Limited to its clients in Singapore who hold a financial advisers licence or is a person exempt from holding such licence ("SG Intermediary"). Recipients of this Research Report in Singapore should contact the SG Intermediary in respect to any matters arising from, or in connection with, the analysis in this report. Where the recipient is not an accredited, expert or institutional investor as defined by the Securities and Futures Act, the SG Intermediary accepts legal responsibility for the contents of this Research Report in accordance with applicable law. When reports are distributed by SG Intermediaries in Singapore, the SG Intermediary, and not CFRA, is solely responsible for ensuring that the recipients of the Research Reports understand the information contained in the Research Reports and that such information is suitable based on the customer's profile and investment objectives. This Research Report is intended for general circulation and no advice or recommendation is made herein or by CFRA to any particular person. CFRA does not assume any responsibility to advise on whether any particular product is suitable for any person, and the analysis herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person, and should not be relied upon for any investment decision.

**For residents of all other countries**

Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

Copyright © 2025 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.