IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MUSHTAQ MOHAMMED, Individually
and on Behalf of All Others Similarly
Situated,

        v.

FMC CORPORATION, MARK DOUGLAS,
PIERRE R. BRONDEAU, and ANDREW D.
SANDIFER,

Case Number: 2:25-cv-00771-GAW

## ORDER

AND NOW, this _____ day of _____ 20__ it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add _____ Nathan L. Weiser _____, Esquire as counsel for

_____ 710 Teamsters & Macomb County _____ is DIRECTED to request ECF filing access

using their PACER Account[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).