IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE FMC CORPORATION SECURITIES
LITIGATION

        v.

Case Number: 2:25-CV-00771-GAW

## ORDER

AND NOW, this ___19th___ day of ___November___ 20_25_ it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add ___Danielle S. Lazarus___, Esquire as counsel for

Teamsters Local 710 Pension Fund, Macomb County Employees' Retirement System, and Macomb County Retiree Health Care Fund

_____ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).