IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION <br><br> This Document Applies to: <br><br> ALL ACTIONS | No. 2:25-CV-00771 <br><br> CLASS ACTION |

**ORDER**

AND NOW, this 14th day of January, 2026, upon consideration of the Motion to Dismiss Amended Complaint filed on September 19, 2025 (Dkt. #45), it is hereby ORDERED that this motion is MOOT as a Second Amended Complaint was filed on January 12, 2026 (Dkt. #55).

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.