IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: __25-cv-0771__

IN RE FMC CORPORATION SECURITIES
LITIGATION

ORDER

AND NOW, this _28__ day of _January_ 20_24_, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED. The Clerk is DIRECTED to add __Jesse L. Jensen__, Esquire as counsel for

Teamsters Local 710 Pension Fund, Macomb County Employees' Retirement System, and Macomb County Retiree Health Care Fund.

__Jesse L. Jensen__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).