IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>ALL ACTIONS | No. 2:25-CV-00771<br><br>CLASS ACTION |

## ORDER

AND NOW, this 9th day of March, 2026, upon consideration of the Joint Motion for Leave to File Briefs in Excess of Page Limits, it is hereby ORDERED that said Motion is GRANTED. The Parties may exceed the page limits set forth in Judge Weilheimer's Policies and Procedures X(A) as follows:

- an opening brief not to exceed 35 pages in support of Defendants' Motion to Dismiss, exceeding the page limit by up to ten pages;

- an opposition brief not to exceed 35 pages opposing Defendants' Motion to Dismiss, exceeding the page limit by up to ten pages; and

- a reply brief not to exceed 15 pages in further support of Defendants' Motion to Dismiss.

BY THE COURT:

_____
The Honorable Gail A. Weilheimer