IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In rei Fmc Corporation
Securities Litigation                 :         Case Number: 2:25-cv-00771-GAW
                                      :
            v.                        :
                                      :
                                      :
                                      :
                                      :

ORDER

AND NOW, this _____12th_____ day of ___March_____ 20__26__ it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☑    GRANTED.  The Clerk is DIRECTED to add _Elizabeth Christina Schiciano_ , Esquire as counsel for

_Teamsters Local 710 Pension Fund, Macomb County Employees'_
_Retirement System, and Macomb County Retiree Health Care Fund_ . _Elizabeth Christina Schiciano_  is DIRECTED to request ECF filing access

using their PACER Account[1].

☐    DENIED.

_____
                                                                              , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).